# EXHIBIT 1

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Aron Reynolds, hereby certify as follows:

1.  I have reviewed the complaint against Citadel Securities LLC and Virtu Americas LLC alleging violations of the federal securities laws and have authorized its filing.

2.  I did not purchase, acquire, sell or otherwise dispose the securities of Genius Group Limited at the direction of counsel or in order to participate in any private action.

3.  I am willing to serve as a representative party on behalf of the proposed Class, including providing testimony at deposition and trial, if necessary.

4.  Attached as Schedule A to this certification is a list of my transactions during the relevant period in the securities that are the subject of this matter.

5.  During the three-year period preceding the date of this certification, I have not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws.

6.  I will not accept any payment for serving as a representative party on behalf of the proposed class beyond its *pro rata* share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and accurate.

Executed this 24th day of June 2026.

_____
Aron Reynolds

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 08/09/23 | 700 | $0.7695 |
| Buy | 08/14/23 | 3,400 | $1.5198 |
| Buy | 08/15/23 | 1,350 | $1.3700 |
| Buy | 09/08/23 | 1 | $1.1100 |
| Buy | 09/20/23 | 25,000 | $1.0100 |
| Buy | 09/20/23 | 25,000 | $1.0300 |
| Buy | 09/20/23 | 25,000 | $0.9633 |
| Buy | 09/20/23 | 25,000 | $0.9881 |
| Buy | 09/28/23 | 4,000 | $0.9300 |
| Buy | 09/28/23 | 5,000 | $0.9220 |
| Buy | 09/28/23 | 5,000 | $0.9220 |
| Buy | 09/28/23 | 5,000 | $0.9220 |
| Buy | 09/28/23 | 5,000 | $0.9220 |
| Buy | 09/28/23 | 5,000 | $0.9200 |
| Buy | 09/28/23 | 5,000 | $0.9152 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9153 |
| Buy | 09/28/23 | 5,000 | $0.9154 |
| Buy | 09/28/23 | 5,000 | $0.9154 |
| Buy | 09/28/23 | 5,000 | $0.9050 |
| Buy | 09/28/23 | 5,000 | $0.9050 |
| Buy | 09/28/23 | 5,000 | $0.9000 |
| Buy | 09/28/23 | 5,000 | $0.9097 |
| Buy | 09/28/23 | 5,000 | $0.9200 |
| Buy | 09/28/23 | 5,000 | $0.8600 |
| Buy | 10/18/23 | 800 | $0.8651 |
| Buy | 10/19/23 | 5,000 | $0.8178 |
| Buy | 10/19/23 | 5,000 | $0.8179 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 10/19/23 | 5,000 | $0.8498 |
| Buy | 10/19/23 | 5,000 | $0.8498 |
| Buy | 10/19/23 | 5,000 | $0.8577 |
| Buy | 10/19/23 | 5,000 | $0.8502 |
| Buy | 10/19/23 | 5,000 | $0.8598 |
| Buy | 10/19/23 | 5,000 | $0.8598 |
| Buy | 10/19/23 | 5,000 | $0.8599 |
| Buy | 10/19/23 | 5,000 | $0.8599 |
| Buy | 10/19/23 | 5,000 | $0.8599 |
| Buy | 10/19/23 | 5,000 | $0.8599 |
| Buy | 10/19/23 | 5,000 | $0.8556 |
| Buy | 10/19/23 | 5,000 | $0.8649 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 10/19/23 | 5,000 | $0.8650 |
| Buy | 10/19/23 | 5,000 | $0.8635 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 10/19/23 | 5,000 | $0.8500 |
| Buy | 12/15/23 | 26,000 | $0.6870 |
| Buy | 12/15/23 | 23,000 | $0.7027 |
| Buy | 12/19/23 | 2,000 | $0.7800 |
| Buy | 12/19/23 | 300 | $0.7493 |
| Buy | 07/08/24 | 1,600 | $0.2539 |
| Buy | 07/09/24 | 5,000 | $0.2494 |
| Buy | 07/09/24 | 5,000 | $0.2494 |
| Buy | 07/09/24 | 5,000 | $0.2494 |
| Buy | 07/09/24 | 5,000 | $0.2494 |
| Buy | 07/09/24 | 5,000 | $0.2494 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2490 |
| Buy | 07/09/24 | 5,000 | $0.2482 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2491 |
| Buy | 07/09/24 | 5,000 | $0.2480 |
| Buy | 07/09/24 | 5,000 | $0.2480 |
| Buy | 07/09/24 | 5,000 | $0.2480 |
| Buy | 07/09/24 | 5,000 | $0.2480 |
| Buy | 07/09/24 | 5,000 | $0.2478 |
| Buy | 07/09/24 | 5,000 | $0.2471 |
| Buy | 07/09/24 | 5,000 | $0.2471 |
| Buy | 07/09/24 | 5,000 | $0.2471 |
| Buy | 07/09/24 | 5,000 | $0.2471 |
| Buy | 07/09/24 | 5,000 | $0.2524 |
| Buy | 07/09/24 | 5,000 | $0.2534 |
| Buy | 07/09/24 | 5,000 | $0.2532 |
| Buy | 07/09/24 | 5,000 | $0.2534 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
| --- | --- | --- | --- |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2518 |
| Buy | 07/09/24 | 5,000 | $0.2513 |
| Buy | 07/09/24 | 5,000 | $0.2518 |
| Buy | 07/09/24 | 5,000 | $0.2516 |
| Buy | 07/09/24 | 5,000 | $0.2518 |
| Buy | 07/09/24 | 5,000 | $0.2518 |
| Buy | 07/09/24 | 5,000 | $0.2503 |
| Buy | 07/09/24 | 5,000 | $0.2512 |
| Buy | 07/09/24 | 5,000 | $0.2487 |
| Buy | 07/09/24 | 5,000 | $0.2483 |
| Buy | 07/09/24 | 5,000 | $0.2500 |
| Buy | 07/09/24 | 5,000 | $0.2520 |
| Buy | 07/09/24 | 5,000 | $0.2460 |
| Buy | 07/09/24 | 5,000 | $0.2499 |
| Buy | 07/09/24 | 5,000 | $0.2499 |
| Buy | 07/09/24 | 5,000 | $0.2500 |
| Buy | 07/09/24 | 5,000 | $0.2550 |
| Buy | 07/09/24 | 5,000 | $0.2500 |
| Buy | 07/09/24 | 5,000 | $0.2500 |
| Sell | 09/06/24 | 1,000 | $0.7360 |
| Sell | 09/06/24 | 1,000 | $0.7361 |
| Sell | 09/06/24 | 1,000 | $0.7360 |
| Sell | 09/06/24 | 1,000 | $0.7360 |
| Sell | 09/06/24 | 1,000 | $0.7360 |
| Sell | 09/06/24 | 1,000 | $0.7360 |
| Sell | 09/06/24 | 1,000 | $0.7360 |
| Sell | 09/06/24 | 1,000 | $0.7389 |
| Sell | 09/06/24 | 1,000 | $0.7350 |
| Sell | 09/06/24 | 1,000 | $0.7350 |
| Sell | 09/06/24 | 1,000 | $0.7350 |
| Sell | 09/06/24 | 1,000 | $0.7350 |
| Sell | 09/06/24 | 1,000 | $0.7350 |
| Sell | 09/06/24 | 1,000 | $0.7350 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 750 | $0.9800 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 2,000 | $0.9800 |
| Buy | 09/17/24 | 1,900 | $0.9780 |
| Buy | 09/17/24 | 2,000 | $0.9500 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
| --- | --- | --- | --- |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9465 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9500 |
| Buy | 09/17/24 | 2,000 | $0.9494 |
| Buy | 09/17/24 | 2,000 | $0.9499 |
| Buy | 09/17/24 | 1,000 | $0.9499 |
| Buy | 09/17/24 | 1,000 | $0.9499 |
| Sell | 09/18/24 | 1,000 | $0.9050 |
| Sell | 09/18/24 | 1,000 | $0.9050 |
| Sell | 09/18/24 | 1,000 | $0.9050 |
| Sell | 09/18/24 | 1,000 | $0.9050 |
| Sell | 09/18/24 | 1,000 | $0.9050 |
| Sell | 09/18/24 | 1,000 | $0.9050 |
| Buy | 09/24/24 | 4,000 | $0.8791 |
| Buy | 09/24/24 | 5,000 | $0.8589 |
| Buy | 09/24/24 | 5,000 | $0.8843 |
| Buy | 09/24/24 | 5,000 | $0.8711 |
| Buy | 09/24/24 | 5,000 | $0.8700 |
| Buy | 09/24/24 | 5,000 | $0.8700 |
| Buy | 09/24/24 | 5,000 | $0.8700 |
| Buy | 09/24/24 | 5,000 | $0.8700 |
| Buy | 09/24/24 | 5,000 | $0.8734 |
| Buy | 09/24/24 | 5,000 | $0.8700 |
| Buy | 09/24/24 | 5,000 | $0.8667 |
| Buy | 09/24/24 | 5,000 | $0.8555 |
| Buy | 09/24/24 | 5,000 | $0.8527 |
| Buy | 09/24/24 | 5,000 | $0.8499 |
| Buy | 09/24/24 | 5,000 | $0.8498 |
| Buy | 09/24/24 | 5,000 | $0.8477 |
| Buy | 09/24/24 | 5,000 | $0.8433 |
| Buy | 09/24/24 | 5,000 | $0.8434 |
| Buy | 09/24/24 | 5,000 | $0.8433 |
| Buy | 09/24/24 | 5,000 | $0.8586 |
| Buy | 09/24/24 | 5,000 | $0.8669 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 09/24/24 | 5,000 | $0.8528 |
| Buy | 09/24/24 | 5,000 | $0.8499 |
| Buy | 09/24/24 | 5,000 | $0.8500 |
| Buy | 09/24/24 | 5,000 | $0.8500 |
| Buy | 09/24/24 | 5,000 | $0.8500 |
| Buy | 09/24/24 | 5,000 | $0.8511 |
| Buy | 09/24/24 | 5,000 | $0.8500 |
| Buy | 09/24/24 | 5,000 | $0.8600 |
| Buy | 09/24/24 | 5,000 | $0.8500 |
| Buy | 09/24/24 | 10,000 | $0.8807 |
| Buy | 09/24/24 | 5,000 | $0.8350 |
| Buy | 09/24/24 | 5,000 | $0.8350 |
| Buy | 09/24/24 | 5,000 | $0.8285 |
| Buy | 09/24/24 | 5,000 | $0.8200 |
| Buy | 09/24/24 | 5,000 | $0.8285 |
| Buy | 09/24/24 | 5,000 | $0.8175 |
| Buy | 09/24/24 | 5,000 | $0.8100 |
| Buy | 09/24/24 | 5,000 | $0.8078 |
| Buy | 09/24/24 | 5,000 | $0.8015 |
| Buy | 09/24/24 | 5,000 | $0.7900 |
| Buy | 09/24/24 | 5,000 | $0.7721 |
| Buy | 09/24/24 | 5,000 | $0.7721 |
| Buy | 09/24/24 | 5,000 | $0.7721 |
| Buy | 09/24/24 | 5,000 | $0.7697 |
| Buy | 09/24/24 | 1,000 | $0.7498 |
| Buy | 09/24/24 | 1,000 | $0.7278 |
| Buy | 09/24/24 | 1,000 | $0.7278 |
| Buy | 11/01/24 | 2,000 | $0.6078 |
| Buy | 11/01/24 | 5,000 | $0.5949 |
| Buy | 11/01/24 | 5,000 | $0.5950 |
| Buy | 11/01/24 | 5,000 | $0.5949 |
| Buy | 11/01/24 | 5,000 | $0.5950 |
| Buy | 11/01/24 | 5,000 | $0.5950 |
| Buy | 11/01/24 | 5,000 | $0.5995 |
| Buy | 11/01/24 | 5,000 | $0.5796 |
| Buy | 11/01/24 | 5,000 | $0.5950 |
| Buy | 11/01/24 | 5,000 | $0.5984 |
| Buy | 11/01/24 | 5,000 | $0.5788 |
| Buy | 11/01/24 | 5,000 | $0.5777 |
| Buy | 11/01/24 | 5,000 | $0.5791 |
| Buy | 11/04/24 | 10,000 | $0.5830 |
| Buy | 11/13/24 | 1,000 | $1.1592 |
| Buy | 11/13/24 | 5,000 | $1.1500 |
| Buy | 11/13/24 | 5,000 | $1.1496 |
| Buy | 11/13/24 | 5,000 | $1.2900 |
| Buy | 11/13/24 | 5,000 | $1.2400 |
| Buy | 11/13/24 | 5,000 | $1.2498 |
| Buy | 11/13/24 | 5,000 | $1.2400 |
| Buy | 11/13/24 | 5,000 | $1.2400 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 11/13/24 | 5,000 | $1.2400 |
| Buy | 01/02/25 | 5,000 | $0.6587 |
| Buy | 01/02/25 | 5,000 | $0.6511 |
| Buy | 01/02/25 | 5,000 | $0.6588 |
| Buy | 01/02/25 | 5,000 | $0.6588 |
| Buy | 01/02/25 | 5,000 | $0.6588 |
| Buy | 01/02/25 | 5,000 | $0.6608 |
| Buy | 01/02/25 | 5,000 | $0.6608 |
| Buy | 01/02/25 | 5,000 | $0.6608 |
| Buy | 01/02/25 | 5,000 | $0.6608 |
| Buy | 01/02/25 | 5,000 | $0.6610 |
| Buy | 01/02/25 | 5,000 | $0.6600 |
| Buy | 01/02/25 | 5,000 | $0.6600 |
| Buy | 01/02/25 | 5,000 | $0.6596 |
| Buy | 01/02/25 | 5,000 | $0.6516 |
| Buy | 01/02/25 | 5,000 | $0.6473 |
| Buy | 02/12/25 | 1,500 | $0.4610 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4398 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4326 |
| Buy | 02/20/25 | 5,000 | $0.4352 |
| Buy | 02/20/25 | 5,000 | $0.4380 |
| Buy | 02/20/25 | 5,000 | $0.4380 |
| Buy | 02/20/25 | 5,000 | $0.4315 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 02/20/25 | 5,000 | $0.4360 |
| Buy | 02/20/25 | 5,000 | $0.4500 |
| Buy | 02/20/25 | 5,000 | $0.4500 |
| Buy | 02/20/25 | 5,000 | $0.4600 |
| Buy | 02/20/25 | 5,000 | $0.4599 |
| Buy | 02/20/25 | 5,000 | $0.4590 |
| Buy | 02/20/25 | 5,000 | $0.4590 |
| Buy | 02/20/25 | 5,000 | $0.4508 |
| Buy | 02/20/25 | 5,000 | $0.4478 |
| Buy | 02/20/25 | 5,000 | $0.4478 |
| Buy | 02/20/25 | 5,000 | $0.4478 |
| Buy | 02/20/25 | 5,000 | $0.4400 |
| Buy | 03/24/25 | 100 | $0.2994 |
| Sell | 04/03/25 | 5,000 | $0.2320 |
| Sell | 04/03/25 | 5,000 | $0.2320 |
| Sell | 04/03/25 | 5,000 | $0.2320 |
| Sell | 04/03/25 | 5,000 | $0.2200 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Sell | 04/03/25 | 5,000 | $0.2200 |
| Sell | 04/03/25 | 5,000 | $0.2210 |
| Sell | 04/03/25 | 5,000 | $0.2245 |
| Sell | 04/03/25 | 5,000 | $0.2245 |
| Sell | 04/03/25 | 5,000 | $0.2245 |
| Sell | 04/03/25 | 5,000 | $0.2245 |
| Sell | 04/03/25 | 5,000 | $0.2250 |
| Sell | 04/03/25 | 5,000 | $0.2250 |
| Sell | 04/03/25 | 5,000 | $0.2250 |
| Sell | 04/03/25 | 5,000 | $0.2251 |
| Sell | 04/03/25 | 5,000 | $0.2250 |
| Sell | 04/03/25 | 5,000 | $0.2243 |
| Sell | 04/03/25 | 5,000 | $0.2299 |
| Sell | 04/03/25 | 5,000 | $0.2251 |
| Sell | 04/03/25 | 5,000 | $0.2250 |
| Sell | 04/03/25 | 5,000 | $0.2248 |
| Sell | 04/03/25 | 5,000 | $0.2245 |
| Sell | 04/03/25 | 5,000 | $0.2254 |
| Sell | 04/03/25 | 5,000 | $0.2399 |
| Sell | 04/03/25 | 5,000 | $0.2399 |
| Sell | 04/03/25 | 5,000 | $0.2399 |
| Sell | 04/03/25 | 5,000 | $0.2399 |
| Sell | 04/03/25 | 5,000 | $0.2399 |
| Buy | 04/25/25 | 2,100 | $0.3698 |
| Buy | 04/28/25 | 5,000 | $0.3770 |
| Buy | 04/28/25 | 5,000 | $0.3739 |
| Buy | 04/28/25 | 5,000 | $0.3724 |
| Buy | 04/28/25 | 5,000 | $0.3724 |
| Buy | 04/28/25 | 5,000 | $0.3724 |
| Buy | 04/28/25 | 5,000 | $0.4000 |
| Buy | 04/28/25 | 5,000 | $0.3996 |
| Buy | 04/28/25 | 5,000 | $0.4000 |
| Buy | 04/28/25 | 5,000 | $0.3950 |
| Buy | 04/28/25 | 5,000 | $0.3949 |
| Buy | 04/28/25 | 5,000 | $0.3974 |
| Buy | 04/28/25 | 5,000 | $0.3809 |
| Buy | 04/28/25 | 5,000 | $0.3850 |
| Buy | 04/28/25 | 5,000 | $0.3850 |
| Buy | 04/28/25 | 5,000 | $0.3850 |
| Buy | 04/28/25 | 5,000 | $0.3850 |
| Buy | 04/28/25 | 5,000 | $0.3801 |
| Buy | 04/28/25 | 5,000 | $0.3851 |
| Buy | 04/28/25 | 5,000 | $0.3800 |
| Buy | 04/28/25 | 5,000 | $0.3800 |
| Buy | 04/28/25 | 5,000 | $0.3800 |
| Buy | 04/28/25 | 5,000 | $0.3800 |
| Buy | 04/28/25 | 5,000 | $0.3792 |
| Buy | 04/28/25 | 5,000 | $0.3799 |
| Buy | 04/28/25 | 5,000 | $0.3730 |

**Genius Group Ltd. -- Schedule A**
**Reynolds**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 04/30/25 | 5,000 | $0.3690 |
| Buy | 05/23/25 | 3,000 | $0.3449 |
| Buy | 05/23/25 | 5,000 | $0.3449 |
| Buy | 05/23/25 | 10,000 | $0.3624 |
| Buy | 05/23/25 | 10,000 | $0.3679 |
| Buy | 05/23/25 | 10,000 | $0.3679 |
| Buy | 05/23/25 | 10,000 | $0.3679 |
| Buy | 05/23/25 | 10,000 | $0.3664 |
| Buy | 05/23/25 | 10,000 | $0.3651 |
| Buy | 05/23/25 | 10,000 | $0.3629 |
| Buy | 05/23/25 | 10,000 | $0.3626 |
| Buy | 05/23/25 | 10,000 | $0.3630 |
| Buy | 05/23/25 | 10,000 | $0.3636 |
| Buy | 05/23/25 | 10,000 | $0.3603 |
| Buy | 05/23/25 | 10,000 | $0.3594 |
| Buy | 05/23/25 | 10,000 | $0.3598 |