# EXHIBIT B

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

**All transactions identified herein were executed on the open market**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 08/09/23 | 700 | $0.7695 | $539 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 08/14/23 | 3,400 | $1.5198 | $5,167 | 09/06/24 | 1,000 | $0.7361 | $736 | |
| 08/15/23 | 1,350 | $1.3700 | $1,850 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/08/23 | 1 | $1.1100 | $1 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/20/23 | 25,000 | $1.0100 | $25,250 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/20/23 | 25,000 | $1.0300 | $25,750 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/20/23 | 25,000 | $0.9633 | $24,082 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/20/23 | 25,000 | $0.9881 | $24,703 | 09/06/24 | 1,000 | $0.7389 | $739 | |
| 09/28/23 | 4,000 | $0.9300 | $3,720 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 09/28/23 | 5,000 | $0.9220 | $4,610 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 09/28/23 | 5,000 | $0.9220 | $4,610 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 09/28/23 | 5,000 | $0.9220 | $4,610 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 09/28/23 | 5,000 | $0.9220 | $4,610 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 09/28/23 | 5,000 | $0.9200 | $4,600 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 09/28/23 | 5,000 | $0.9152 | $4,576 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 09/28/23 | 549 | $0.9153 | $502 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| | | | | 09/18/24 | 1,000 | $0.9050 | $905 | |
| | | | | 04/03/25 | 5,000 | $0.2320 | $1,160 | |
| | | | | 04/03/25 | 5,000 | $0.2320 | $1,160 | |
| | | | | 04/03/25 | 5,000 | $0.2320 | $1,160 | |
| | | | | 04/03/25 | 5,000 | $0.2200 | $1,100 | |
| | | | | 04/03/25 | 5,000 | $0.2200 | $1,100 | |
| | | | | 04/03/25 | 5,000 | $0.2210 | $1,105 | |
| | | | | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| | | | | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| | | | | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| | | | | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| | | | | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | 04/03/25 | 5,000 | $0.2251 | $1,126 | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | | 04/03/25 | 5,000 | $0.2243 | $1,122 | |
| | | | | | 04/03/25 | 5,000 | $0.2299 | $1,150 | |
| | | | | | 04/03/25 | 5,000 | $0.2251 | $1,125 | |
| | | | | | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | | 04/03/25 | 5,000 | $0.2248 | $1,124 | |
| | | | | | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| | | | | | 04/03/25 | 5,000 | $0.2254 | $1,127 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| **FIFO Total** | | **155,000** | | **$152,910** | | **155,000** | | **$46,525** | **($106,385)** |

***Class Period purchases that have not been sold:***

| | | | |
|---|---|---|---|
| 09/28/23 | 4,451 | $0.9153 | $4,074 |
| 09/28/23 | 5,000 | $0.9153 | $4,577 |
| 09/28/23 | 5,000 | $0.9153 | $4,577 |
| 09/28/23 | 5,000 | $0.9153 | $4,577 |
| 09/28/23 | 5,000 | $0.9154 | $4,577 |
| 09/28/23 | 5,000 | $0.9154 | $4,577 |
| 09/28/23 | 5,000 | $0.9050 | $4,525 |
| 09/28/23 | 5,000 | $0.9050 | $4,525 |
| 09/28/23 | 5,000 | $0.9000 | $4,500 |
| 09/28/23 | 5,000 | $0.9097 | $4,549 |
| 09/28/23 | 5,000 | $0.9200 | $4,600 |
| 09/28/23 | 5,000 | $0.8600 | $4,300 |
| 10/18/23 | 800 | $0.8651 | $692 |
| 10/19/23 | 5,000 | $0.8178 | $4,089 |
| 10/19/23 | 5,000 | $0.8179 | $4,090 |
| 10/19/23 | 5,000 | $0.8500 | $4,250 |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8498 | $4,249 | | | | | |
| 10/19/23 | 5,000 | $0.8498 | $4,249 | | | | | |
| 10/19/23 | 5,000 | $0.8577 | $4,289 | | | | | |
| 10/19/23 | 5,000 | $0.8502 | $4,251 | | | | | |
| 10/19/23 | 5,000 | $0.8598 | $4,299 | | | | | |
| 10/19/23 | 5,000 | $0.8598 | $4,299 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8556 | $4,278 | | | | | |
| 10/19/23 | 5,000 | $0.8649 | $4,325 | | | | | |
| 10/19/23 | 5,000 | $0.8650 | $4,325 | | | | | |
| 10/19/23 | 5,000 | $0.8635 | $4,317 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 12/15/23 | 26,000 | $0.6870 | $17,862 | | | | | |
| 12/15/23 | 23,000 | $0.7027 | $16,162 | | | | | |
| 12/19/23 | 2,000 | $0.7800 | $1,560 | | | | | |
| 12/19/23 | 300 | $0.7493 | $225 | | | | | |
| 07/08/24 | 1,600 | $0.2539 | $406 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2482 | $1,241 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2478 | $1,239 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2524 | $1,262 | | | | | |
| 07/09/24 | 5,000 | $0.2534 | $1,267 | | | | | |
| 07/09/24 | 5,000 | $0.2532 | $1,266 | | | | | |
| 07/09/24 | 5,000 | $0.2534 | $1,267 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,256 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,256 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2516 | $1,258 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2503 | $1,252 | | | | | |
| 07/09/24 | 5,000 | $0.2512 | $1,256 | | | | | |
| 07/09/24 | 5,000 | $0.2487 | $1,244 | | | | | |
| 07/09/24 | 5,000 | $0.2483 | $1,242 | | | | | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2520 | $1,260 | | | | | |
| 07/09/24 | 5,000 | $0.2460 | $1,230 | | | | | |
| 07/09/24 | 5,000 | $0.2499 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2499 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2550 | $1,275 | | | | | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 750 | $0.9800 | $735 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 1,900 | $0.9780 | $1,858 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9465 | $1,893 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9494 | $1,899 | | | | | |
| 09/17/24 | 2,000 | $0.9499 | $1,900 | | | | | |
| 09/17/24 | 1,000 | $0.9499 | $950 | | | | | |
| 09/17/24 | 1,000 | $0.9499 | $950 | | | | | |
| 09/24/24 | 4,000 | $0.8791 | $3,516 | | | | | |
| 09/24/24 | 5,000 | $0.8589 | $4,295 | | | | | |
| 09/24/24 | 5,000 | $0.8843 | $4,421 | | | | | |
| 09/24/24 | 5,000 | $0.8711 | $4,356 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8734 | $4,367 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8667 | $4,334 | | | | | |
| 09/24/24 | 5,000 | $0.8555 | $4,277 | | | | | |
| 09/24/24 | 5,000 | $0.8527 | $4,264 | | | | | |
| 09/24/24 | 5,000 | $0.8499 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8498 | $4,249 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 09/24/24 | 5,000 | $0.8477 | $4,239 | | | | | |
| 09/24/24 | 5,000 | $0.8433 | $4,216 | | | | | |
| 09/24/24 | 5,000 | $0.8434 | $4,217 | | | | | |
| 09/24/24 | 5,000 | $0.8433 | $4,216 | | | | | |
| 09/24/24 | 5,000 | $0.8586 | $4,293 | | | | | |
| 09/24/24 | 5,000 | $0.8669 | $4,335 | | | | | |
| 09/24/24 | 5,000 | $0.8528 | $4,264 | | | | | |
| 09/24/24 | 5,000 | $0.8499 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8511 | $4,256 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8600 | $4,300 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 10,000 | $0.8807 | $8,807 | | | | | |
| 09/24/24 | 5,000 | $0.8350 | $4,175 | | | | | |
| 09/24/24 | 5,000 | $0.8350 | $4,175 | | | | | |
| 09/24/24 | 5,000 | $0.8285 | $4,142 | | | | | |
| 09/24/24 | 5,000 | $0.8200 | $4,100 | | | | | |
| 09/24/24 | 5,000 | $0.8285 | $4,143 | | | | | |
| 09/24/24 | 5,000 | $0.8175 | $4,087 | | | | | |
| 09/24/24 | 5,000 | $0.8100 | $4,050 | | | | | |
| 09/24/24 | 5,000 | $0.8078 | $4,039 | | | | | |
| 09/24/24 | 5,000 | $0.8015 | $4,008 | | | | | |
| 09/24/24 | 5,000 | $0.7900 | $3,950 | | | | | |
| 09/24/24 | 5,000 | $0.7721 | $3,861 | | | | | |
| 09/24/24 | 5,000 | $0.7721 | $3,861 | | | | | |
| 09/24/24 | 5,000 | $0.7721 | $3,861 | | | | | |
| 09/24/24 | 5,000 | $0.7697 | $3,849 | | | | | |
| 09/24/24 | 1,000 | $0.7498 | $750 | | | | | |
| 09/24/24 | 1,000 | $0.7278 | $728 | | | | | |
| 09/24/24 | 1,000 | $0.7278 | $728 | | | | | |
| 11/01/24 | 2,000 | $0.6078 | $1,216 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 11/01/24 | 5,000 | $0.5949 | $2,974 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5949 | $2,974 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5995 | $2,998 | | | | | |
| 11/01/24 | 5,000 | $0.5796 | $2,898 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5984 | $2,992 | | | | | |
| 11/01/24 | 5,000 | $0.5788 | $2,894 | | | | | |
| 11/01/24 | 5,000 | $0.5777 | $2,888 | | | | | |
| 11/01/24 | 5,000 | $0.5791 | $2,896 | | | | | |
| 11/04/24 | 10,000 | $0.5830 | $5,830 | | | | | |
| 11/13/24 | 1,000 | $1.1592 | $1,159 | | | | | |
| 11/13/24 | 5,000 | $1.1500 | $5,750 | | | | | |
| 11/13/24 | 5,000 | $1.1496 | $5,748 | | | | | |
| 11/13/24 | 5,000 | $1.2900 | $6,450 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 11/13/24 | 5,000 | $1.2498 | $6,249 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 01/02/25 | 5,000 | $0.6587 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6511 | $3,256 | | | | | |
| 01/02/25 | 5,000 | $0.6588 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6588 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6588 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6610 | $3,305 | | | | | |
| 01/02/25 | 5,000 | $0.6600 | $3,300 | | | | | |
| 01/02/25 | 5,000 | $0.6600 | $3,300 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 01/02/25 | 5,000 | $0.6596 | $3,298 | | | | | |
| 01/02/25 | 5,000 | $0.6516 | $3,258 | | | | | |
| 01/02/25 | 5,000 | $0.6473 | $3,237 | | | | | |
| 02/12/25 | 1,500 | $0.4610 | $692 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4398 | $2,199 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4326 | $2,163 | | | | | |
| 02/20/25 | 5,000 | $0.4352 | $2,176 | | | | | |
| 02/20/25 | 5,000 | $0.4380 | $2,190 | | | | | |
| 02/20/25 | 5,000 | $0.4380 | $2,190 | | | | | |
| 02/20/25 | 5,000 | $0.4315 | $2,158 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 02/20/25 | 5,000 | $0.4360 | $2,180 | | | | | |
| 02/20/25 | 5,000 | $0.4500 | $2,250 | | | | | |
| 02/20/25 | 5,000 | $0.4500 | $2,250 | | | | | |
| 02/20/25 | 5,000 | $0.4600 | $2,300 | | | | | |
| 02/20/25 | 5,000 | $0.4599 | $2,300 | | | | | |
| 02/20/25 | 5,000 | $0.4590 | $2,295 | | | | | |
| 02/20/25 | 5,000 | $0.4590 | $2,295 | | | | | |
| 02/20/25 | 5,000 | $0.4508 | $2,254 | | | | | |
| 02/20/25 | 5,000 | $0.4478 | $2,239 | | | | | |
| 02/20/25 | 5,000 | $0.4478 | $2,239 | | | | | |
| 02/20/25 | 5,000 | $0.4478 | $2,239 | | | | | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | | | | | |
| 03/24/25 | 100 | $0.2994 | $30 | | | | | |
| 04/25/25 | 2,100 | $0.3698 | $777 | | | | | |
| 04/28/25 | 5,000 | $0.3770 | $1,885 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 04/28/25 | 5,000 | $0.3739 | $1,870 | | | | | |
| 04/28/25 | 5,000 | $0.3724 | $1,862 | | | | | |
| 04/28/25 | 5,000 | $0.3724 | $1,862 | | | | | |
| 04/28/25 | 5,000 | $0.3724 | $1,862 | | | | | |
| 04/28/25 | 5,000 | $0.4000 | $2,000 | | | | | |
| 04/28/25 | 5,000 | $0.3996 | $1,998 | | | | | |
| 04/28/25 | 5,000 | $0.4000 | $2,000 | | | | | |
| 04/28/25 | 5,000 | $0.3950 | $1,975 | | | | | |
| 04/28/25 | 5,000 | $0.3949 | $1,975 | | | | | |
| 04/28/25 | 5,000 | $0.3974 | $1,987 | | | | | |
| 04/28/25 | 5,000 | $0.3809 | $1,904 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3801 | $1,901 | | | | | |
| 04/28/25 | 5,000 | $0.3851 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3792 | $1,896 | | | | | |
| 04/28/25 | 5,000 | $0.3799 | $1,899 | | | | | |
| 04/28/25 | 5,000 | $0.3730 | $1,865 | | | | | |
| 04/30/25 | 5,000 | $0.3690 | $1,845 | | | | | |
| 05/23/25 | 3,000 | $0.3449 | $1,035 | | | | | |
| 05/23/25 | 5,000 | $0.3449 | $1,725 | | | | | |
| 05/23/25 | 10,000 | $0.3624 | $3,624 | | | | | |
| 05/23/25 | 10,000 | $0.3679 | $3,679 | | | | | |
| 05/23/25 | 10,000 | $0.3679 | $3,679 | | | | | |
| 05/23/25 | 10,000 | $0.3679 | $3,679 | | | | | |
| 05/23/25 | 10,000 | $0.3664 | $3,664 | | | | | |
| 05/23/25 | 10,000 | $0.3651 | $3,651 | | | | | |
| 05/23/25 | 10,000 | $0.3629 | $3,629 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds FIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 05/23/25 | 10,000 | $0.3626 | $3,626 | | | | | |
| 05/23/25 | 10,000 | $0.3630 | $3,630 | | | | | |
| 05/23/25 | 10,000 | $0.3636 | $3,636 | | | | | |
| 05/23/25 | 10,000 | $0.3603 | $3,603 | | | | | |
| 05/23/25 | 10,000 | $0.3594 | $3,594 | | | | | |
| 05/23/25 | 10,000 | $0.3598 | $3,598 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

**All transactions identified herein were executed on the open market**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 07/09/24 | 4,000 | $0.2550 | $1,020 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | 09/06/24 | 1,000 | $0.7361 | $736 | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/17/24 | 2,000 | $0.9494 | $1,899 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/17/24 | 2,000 | $0.9499 | $1,900 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/17/24 | 1,000 | $0.9499 | $950 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 09/17/24 | 1,000 | $0.9499 | $950 | 09/06/24 | 1,000 | $0.7360 | $736 | |
| 02/20/25 | 4,900 | $0.4400 | $2,156 | 09/06/24 | 1,000 | $0.7389 | $739 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 02/20/25 | 5,000 | $0.4398 | $2,199 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 02/20/25 | 5,000 | $0.4326 | $2,163 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 02/20/25 | 5,000 | $0.4352 | $2,176 | 09/06/24 | 1,000 | $0.7350 | $735 | |
| 02/20/25 | 5,000 | $0.4380 | $2,190 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 02/20/25 | 5,000 | $0.4380 | $2,190 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 02/20/25 | 5,000 | $0.4315 | $2,158 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 09/18/24 | 1,000 | $0.9050 | $905 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 04/03/25 | 5,000 | $0.2320 | $1,160 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 04/03/25 | 5,000 | $0.2320 | $1,160 | |
| 02/20/25 | 5,000 | $0.4360 | $2,180 | 04/03/25 | 5,000 | $0.2320 | $1,160 | |
| 02/20/25 | 5,000 | $0.4500 | $2,250 | 04/03/25 | 5,000 | $0.2200 | $1,100 | |
| 02/20/25 | 5,000 | $0.4500 | $2,250 | 04/03/25 | 5,000 | $0.2200 | $1,100 | |
| 02/20/25 | 5,000 | $0.4600 | $2,300 | 04/03/25 | 5,000 | $0.2210 | $1,105 | |
| 02/20/25 | 5,000 | $0.4599 | $2,300 | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| 02/20/25 | 5,000 | $0.4590 | $2,295 | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| 02/20/25 | 5,000 | $0.4590 | $2,295 | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| 02/20/25 | 5,000 | $0.4508 | $2,254 | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| 02/20/25 | 5,000 | $0.4478 | $2,239 | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| 02/20/25 | 5,000 | $0.4478 | $2,239 | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| 02/20/25 | 5,000 | $0.4478 | $2,239 | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| 02/20/25 | 5,000 | $0.4400 | $2,200 | 04/03/25 | 5,000 | $0.2251 | $1,126 | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| | 03/24/25 | 100 | $0.2994 | $30 | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | | 04/03/25 | 5,000 | $0.2243 | $1,122 | |
| | | | | | 04/03/25 | 5,000 | $0.2299 | $1,150 | |
| | | | | | 04/03/25 | 5,000 | $0.2251 | $1,125 | |
| | | | | | 04/03/25 | 5,000 | $0.2250 | $1,125 | |
| | | | | | 04/03/25 | 5,000 | $0.2248 | $1,124 | |
| | | | | | 04/03/25 | 5,000 | $0.2245 | $1,123 | |
| | | | | | 04/03/25 | 5,000 | $0.2254 | $1,127 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| | | | | | 04/03/25 | 5,000 | $0.2399 | $1,200 | |
| **LIFO Total** | | **155,000** | | **$69,120** | | **155,000** | | **$46,525** | **($22,596)** |

***Class Period purchases that have not been sold:***

| Date | Shares Acquired | Price | Total Cost |
|---|---|---|---|
| 08/09/23 | 700 | $0.7695 | $539 |
| 08/14/23 | 3,400 | $1.5198 | $5,167 |
| 08/15/23 | 1,350 | $1.3700 | $1,850 |
| 09/08/23 | 1 | $1.1100 | $1 |
| 09/20/23 | 25,000 | $1.0100 | $25,250 |
| 09/20/23 | 25,000 | $1.0300 | $25,750 |
| 09/20/23 | 25,000 | $0.9633 | $24,082 |
| 09/20/23 | 25,000 | $0.9881 | $24,703 |
| 09/28/23 | 4,000 | $0.9300 | $3,720 |
| 09/28/23 | 5,000 | $0.9220 | $4,610 |
| 09/28/23 | 5,000 | $0.9220 | $4,610 |
| 09/28/23 | 5,000 | $0.9220 | $4,610 |
| 09/28/23 | 5,000 | $0.9220 | $4,610 |
| 09/28/23 | 5,000 | $0.9200 | $4,600 |
| 09/28/23 | 5,000 | $0.9152 | $4,576 |
| 09/28/23 | 5,000 | $0.9153 | $4,577 |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 09/28/23 | 5,000 | $0.9153 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9153 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9154 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9154 | $4,577 | | | | | |
| 09/28/23 | 5,000 | $0.9050 | $4,525 | | | | | |
| 09/28/23 | 5,000 | $0.9050 | $4,525 | | | | | |
| 09/28/23 | 5,000 | $0.9000 | $4,500 | | | | | |
| 09/28/23 | 5,000 | $0.9097 | $4,549 | | | | | |
| 09/28/23 | 5,000 | $0.9200 | $4,600 | | | | | |
| 09/28/23 | 5,000 | $0.8600 | $4,300 | | | | | |
| 10/18/23 | 800 | $0.8651 | $692 | | | | | |
| 10/19/23 | 5,000 | $0.8178 | $4,089 | | | | | |
| 10/19/23 | 5,000 | $0.8179 | $4,090 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8498 | $4,249 | | | | | |
| 10/19/23 | 5,000 | $0.8498 | $4,249 | | | | | |
| 10/19/23 | 5,000 | $0.8577 | $4,289 | | | | | |
| 10/19/23 | 5,000 | $0.8502 | $4,251 | | | | | |
| 10/19/23 | 5,000 | $0.8598 | $4,299 | | | | | |
| 10/19/23 | 5,000 | $0.8598 | $4,299 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8599 | $4,300 | | | | | |
| 10/19/23 | 5,000 | $0.8556 | $4,278 | | | | | |
| 10/19/23 | 5,000 | $0.8649 | $4,325 | | | | | |
| 10/19/23 | 5,000 | $0.8650 | $4,325 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 10/19/23 | 5,000 | $0.8635 | $4,317 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 10/19/23 | 5,000 | $0.8500 | $4,250 | | | | | |
| 12/15/23 | 26,000 | $0.6870 | $17,862 | | | | | |
| 12/15/23 | 23,000 | $0.7027 | $16,162 | | | | | |
| 12/19/23 | 2,000 | $0.7800 | $1,560 | | | | | |
| 12/19/23 | 300 | $0.7493 | $225 | | | | | |
| 07/08/24 | 1,600 | $0.2539 | $406 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2494 | $1,247 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2490 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2482 | $1,241 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |
| 07/09/24 | 5,000 | $0.2491 | $1,246 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 07/09/24 | 5,000 | $0.2491 | $1,245 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2480 | $1,240 | | | | | |
| 07/09/24 | 5,000 | $0.2478 | $1,239 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2471 | $1,236 | | | | | |
| 07/09/24 | 5,000 | $0.2524 | $1,262 | | | | | |
| 07/09/24 | 5,000 | $0.2534 | $1,267 | | | | | |
| 07/09/24 | 5,000 | $0.2532 | $1,266 | | | | | |
| 07/09/24 | 5,000 | $0.2534 | $1,267 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,256 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,256 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2513 | $1,257 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2516 | $1,258 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2518 | $1,259 | | | | | |
| 07/09/24 | 5,000 | $0.2503 | $1,252 | | | | | |
| 07/09/24 | 5,000 | $0.2512 | $1,256 | | | | | |
| 07/09/24 | 5,000 | $0.2487 | $1,244 | | | | | |
| 07/09/24 | 5,000 | $0.2483 | $1,242 | | | | | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2520 | $1,260 | | | | | |
| 07/09/24 | 5,000 | $0.2460 | $1,230 | | | | | |
| 07/09/24 | 5,000 | $0.2499 | $1,250 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 07/09/24 | 5,000 | $0.2499 | $1,250 | | | | | |
| 07/09/24 | 5,000 | $0.2500 | $1,250 | | | | | |
| 07/09/24 | 1,000 | $0.2550 | $255 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 750 | $0.9800 | $735 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 2,000 | $0.9800 | $1,960 | | | | | |
| 09/17/24 | 1,900 | $0.9780 | $1,858 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9465 | $1,893 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/17/24 | 2,000 | $0.9500 | $1,900 | | | | | |
| 09/24/24 | 4,000 | $0.8791 | $3,516 | | | | | |
| 09/24/24 | 5,000 | $0.8589 | $4,295 | | | | | |
| 09/24/24 | 5,000 | $0.8843 | $4,421 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 09/24/24 | 5,000 | $0.8711 | $4,356 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8734 | $4,367 | | | | | |
| 09/24/24 | 5,000 | $0.8700 | $4,350 | | | | | |
| 09/24/24 | 5,000 | $0.8667 | $4,334 | | | | | |
| 09/24/24 | 5,000 | $0.8555 | $4,277 | | | | | |
| 09/24/24 | 5,000 | $0.8527 | $4,264 | | | | | |
| 09/24/24 | 5,000 | $0.8499 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8498 | $4,249 | | | | | |
| 09/24/24 | 5,000 | $0.8477 | $4,239 | | | | | |
| 09/24/24 | 5,000 | $0.8433 | $4,216 | | | | | |
| 09/24/24 | 5,000 | $0.8434 | $4,217 | | | | | |
| 09/24/24 | 5,000 | $0.8433 | $4,216 | | | | | |
| 09/24/24 | 5,000 | $0.8586 | $4,293 | | | | | |
| 09/24/24 | 5,000 | $0.8669 | $4,335 | | | | | |
| 09/24/24 | 5,000 | $0.8528 | $4,264 | | | | | |
| 09/24/24 | 5,000 | $0.8499 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8511 | $4,256 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 5,000 | $0.8600 | $4,300 | | | | | |
| 09/24/24 | 5,000 | $0.8500 | $4,250 | | | | | |
| 09/24/24 | 10,000 | $0.8807 | $8,807 | | | | | |
| 09/24/24 | 5,000 | $0.8350 | $4,175 | | | | | |
| 09/24/24 | 5,000 | $0.8350 | $4,175 | | | | | |
| 09/24/24 | 5,000 | $0.8285 | $4,142 | | | | | |
| 09/24/24 | 5,000 | $0.8200 | $4,100 | | | | | |
| 09/24/24 | 5,000 | $0.8285 | $4,143 | | | | | |
| 09/24/24 | 5,000 | $0.8175 | $4,087 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 09/24/24 | 5,000 | $0.8100 | $4,050 | | | | | |
| 09/24/24 | 5,000 | $0.8078 | $4,039 | | | | | |
| 09/24/24 | 5,000 | $0.8015 | $4,008 | | | | | |
| 09/24/24 | 5,000 | $0.7900 | $3,950 | | | | | |
| 09/24/24 | 5,000 | $0.7721 | $3,861 | | | | | |
| 09/24/24 | 5,000 | $0.7721 | $3,861 | | | | | |
| 09/24/24 | 5,000 | $0.7721 | $3,861 | | | | | |
| 09/24/24 | 5,000 | $0.7697 | $3,849 | | | | | |
| 09/24/24 | 1,000 | $0.7498 | $750 | | | | | |
| 09/24/24 | 1,000 | $0.7278 | $728 | | | | | |
| 09/24/24 | 1,000 | $0.7278 | $728 | | | | | |
| 11/01/24 | 2,000 | $0.6078 | $1,216 | | | | | |
| 11/01/24 | 5,000 | $0.5949 | $2,974 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5949 | $2,974 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5995 | $2,998 | | | | | |
| 11/01/24 | 5,000 | $0.5796 | $2,898 | | | | | |
| 11/01/24 | 5,000 | $0.5950 | $2,975 | | | | | |
| 11/01/24 | 5,000 | $0.5984 | $2,992 | | | | | |
| 11/01/24 | 5,000 | $0.5788 | $2,894 | | | | | |
| 11/01/24 | 5,000 | $0.5777 | $2,888 | | | | | |
| 11/01/24 | 5,000 | $0.5791 | $2,896 | | | | | |
| 11/04/24 | 10,000 | $0.5830 | $5,830 | | | | | |
| 11/13/24 | 1,000 | $1.1592 | $1,159 | | | | | |
| 11/13/24 | 5,000 | $1.1500 | $5,750 | | | | | |
| 11/13/24 | 5,000 | $1.1496 | $5,748 | | | | | |
| 11/13/24 | 5,000 | $1.2900 | $6,450 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 11/13/24 | 5,000 | $1.2498 | $6,249 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |
| 11/13/24 | 5,000 | $1.2400 | $6,200 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 01/02/25 | 5,000 | $0.6587 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6511 | $3,256 | | | | | |
| 01/02/25 | 5,000 | $0.6588 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6588 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6588 | $3,294 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6608 | $3,304 | | | | | |
| 01/02/25 | 5,000 | $0.6610 | $3,305 | | | | | |
| 01/02/25 | 5,000 | $0.6600 | $3,300 | | | | | |
| 01/02/25 | 5,000 | $0.6600 | $3,300 | | | | | |
| 01/02/25 | 5,000 | $0.6596 | $3,298 | | | | | |
| 01/02/25 | 5,000 | $0.6516 | $3,258 | | | | | |
| 01/02/25 | 5,000 | $0.6473 | $3,237 | | | | | |
| 02/12/25 | 1,500 | $0.4610 | $692 | | | | | |
| 02/20/25 | 100 | $0.4400 | $44 | | | | | |
| 04/25/25 | 2,100 | $0.3698 | $777 | | | | | |
| 04/28/25 | 5,000 | $0.3770 | $1,885 | | | | | |
| 04/28/25 | 5,000 | $0.3739 | $1,870 | | | | | |
| 04/28/25 | 5,000 | $0.3724 | $1,862 | | | | | |
| 04/28/25 | 5,000 | $0.3724 | $1,862 | | | | | |
| 04/28/25 | 5,000 | $0.3724 | $1,862 | | | | | |
| 04/28/25 | 5,000 | $0.4000 | $2,000 | | | | | |
| 04/28/25 | 5,000 | $0.3996 | $1,998 | | | | | |
| 04/28/25 | 5,000 | $0.4000 | $2,000 | | | | | |
| 04/28/25 | 5,000 | $0.3950 | $1,975 | | | | | |
| 04/28/25 | 5,000 | $0.3949 | $1,975 | | | | | |
| 04/28/25 | 5,000 | $0.3974 | $1,987 | | | | | |
| 04/28/25 | 5,000 | $0.3809 | $1,904 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3850 | $1,925 | | | | | |

**Genius Group Limited**
**April 12, 2022 through May 30, 2025**
**Reynolds LIFO Analysis**

| Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain / (Loss) |
|---|---|---|---|---|---|---|---|---|
| 04/28/25 | 5,000 | $0.3801 | $1,901 | | | | | |
| 04/28/25 | 5,000 | $0.3851 | $1,925 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3800 | $1,900 | | | | | |
| 04/28/25 | 5,000 | $0.3792 | $1,896 | | | | | |
| 04/28/25 | 5,000 | $0.3799 | $1,899 | | | | | |
| 04/28/25 | 5,000 | $0.3730 | $1,865 | | | | | |
| 04/30/25 | 5,000 | $0.3690 | $1,845 | | | | | |
| 05/23/25 | 3,000 | $0.3449 | $1,035 | | | | | |
| 05/23/25 | 5,000 | $0.3449 | $1,725 | | | | | |
| 05/23/25 | 10,000 | $0.3624 | $3,624 | | | | | |
| 05/23/25 | 10,000 | $0.3679 | $3,679 | | | | | |
| 05/23/25 | 10,000 | $0.3679 | $3,679 | | | | | |
| 05/23/25 | 10,000 | $0.3679 | $3,679 | | | | | |
| 05/23/25 | 10,000 | $0.3664 | $3,664 | | | | | |
| 05/23/25 | 10,000 | $0.3651 | $3,651 | | | | | |
| 05/23/25 | 10,000 | $0.3629 | $3,629 | | | | | |
| 05/23/25 | 10,000 | $0.3626 | $3,626 | | | | | |
| 05/23/25 | 10,000 | $0.3630 | $3,630 | | | | | |
| 05/23/25 | 10,000 | $0.3636 | $3,636 | | | | | |
| 05/23/25 | 10,000 | $0.3603 | $3,603 | | | | | |
| 05/23/25 | 10,000 | $0.3594 | $3,594 | | | | | |
| 05/23/25 | 10,000 | $0.3598 | $3,598 | | | | | |