# EXHIBIT C

**DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Aron Reynolds, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and approval of selection of Grant & Eisenhofer P.A. ("G&E") and Freedman Normand Friedland LLP ("FNF") as Lead Counsel for the proposed Class (the "Motion") in the securities class action pending against Defendants Citadel Securities LLC and Virtu Americas LLC. I am informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act ("PSLRA"). I have personal knowledge of the matters set forth in this Declaration.

2. I am an investor in Genius securities. I am 55 years old and am a resident of Collier County, Florida. I have been investing in securities markets for 10 years and work in real estate. As reflected in my Certification (ECF No. 1-1), filed with the Class Action Complaint (ECF No. 1), I conducted significant open-market transactions in Genius securities during the Class Period alleged in *Reynolds v. Citadel Securities LLC et al.*, No. 1:26-cv-24485-RKA (S.D. Fla.) (the "Action"), and suffered substantial losses that I allege resulted from violations of the federal securities laws. I personally made the decision to invest in Genius.

3. I am aware of and prepared to fulfill the responsibilities of serving as lead plaintiff in a securities class action. I understand that, as Lead Plaintiff, I will owe a fiduciary duty to the entire Class and must fairly and adequately represent and protect the interests of all Class members. I further understand that I will be responsible for overseeing Lead Counsel, ensuring the efficient and vigorous prosecution of the Action, and seeking to maximize the Class's recovery. By virtue of my significant financial interest in the resolution of the Action, I am motivated and committed

to vigorously prosecuting the Action on behalf of the Class and seeking the best possible recovery for the Class.

4. I am committed to remaining fully informed regarding the status and progress of this Action and the prospects for its resolution. I understand that, as Lead Plaintiff, I will be responsible for making important litigation decisions and overseeing and directing counsel, with the benefit of counsel's advice. To fulfill these responsibilities, I will, among other things, review pleadings and motion papers provided by counsel, receive periodic reports regarding the progress of the litigation, and, as necessary, respond to discovery requests and sit for a deposition. I will provide input regarding litigation strategy and participate in all significant litigation decisions, including whether to settle the Action and, if so, on what terms. I am willing and able to devote the time necessary to fulfill these responsibilities.

5. I am not aware of any interests that conflict with or are antagonistic to the interests of the Class. If appointed Lead Plaintiff, I will act in the best interests of the Class as a whole and will not place my own interests above those of other Class members.

6. I believe that G&E and FNF should be approved by the Court to serve as Lead Counsel for the Class. G&E and FNF are nationally recognized for their skill and experience in complex securities class action litigation. I believe that their experience and proven track records demonstrate that they are well qualified to vigorously prosecute the Action and seek the best possible recovery for the Class. I also understand that G&E vigorously investigated the allegations asserted in the Complaint, including by retaining appropriate experts, which further supports my belief that they are well qualified to represent the Class. I also understand that Lead Counsel owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 25th day of August 2026.

Aron Reynolds