# EXHIBIT A

**Genius Group Limited (GNS)**
**Class Period: April 12, 2022 to May 30, 2025**
**August 16, 2024 1:10 Reverse Split**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Total Shares Purchased/Sold |
|---|---|---|---|---|---|---|---|---|---|
| Jordan Dario Primo | 8/9/2024 | 142,216 | $0.2102 | ($29,900) | | | | | |
| Jordan Dario Primo | 8/12/2024 | 30,674 | $0.1692 | ($5,190) | | | | | |
| Jordan Dario Primo | 8/13/2024 | 29,297 | $0.1365 | ($4,000) | | | | | |
| Jordan Dario Primo | 8/14/2024 | 37,873 | $0.1346 | ($5,099) | | | | | |
| Jordan Dario Primo | 8/15/2024 | 12,863 | $0.1422 | ($1,829) | | | | | |
| Jordan Dario Primo | 8/16/2024 | 252,923 | | | | | | | |
| Jordan Dario Primo | 8/16/2024 | 25,292 | 1:10 Reverse Split | | | | | | |
| Jordan Dario Primo | 8/16/2024 | 1,584 | $1.2359 | ($1,957) | 5/27/2025 | (14,222) | $0.3593 | $5,109 | |
| Jordan Dario Primo | 8/20/2024 | 981 | $1.1979 | ($1,175) | | | | | |
| Jordan Dario Primo | 8/23/2024 | 3,143 | $1.1391 | ($3,580) | | | | | |
| Jordan Dario Primo | 8/27/2024 | 24 | $1.1600 | ($28) | | | | | |
| Jordan Dario Primo | 9/4/2024 | 62 | $0.8887 | ($55) | | | | | |
| Jordan Dario Primo | 9/9/2024 | 143 | $0.7003 | ($100) | | | | | |
| Jordan Dario Primo | 9/10/2024 | 730 | $0.6850 | ($500) | | | | | |
| Jordan Dario Primo | 9/11/2024 | 2,992 | $0.7779 | ($2,327) | | | | | |
| Jordan Dario Primo | 9/12/2024 | 5,978 | $0.7527 | ($4,500) | | | | | |
| Jordan Dario Primo | 9/24/2024 | 3,541 | $0.8472 | ($3,000) | | | | | |
| Jordan Dario Primo | 9/30/2024 | 57 | $0.8781 | ($50) | | | | | |
| Jordan Dario Primo | 10/4/2024 | 57 | $0.8711 | ($50) | | | | | |
| Jordan Dario Primo | 10/7/2024 | 732 | $0.8200 | ($600) | | | | | |
| Jordan Dario Primo | 10/8/2024 | 2,084 | $0.8387 | ($1,748) | | | | | |
| Jordan Dario Primo | 10/9/2024 | 678 | $0.7373 | ($500) | | | | | |
| Jordan Dario Primo | 10/16/2024 | 331 | $0.7562 | ($250) | | | | | |
| Jordan Dario Primo | 10/23/2024 | 3,239 | $0.6792 | ($2,200) | | | | | |
| Jordan Dario Primo | 11/1/2024 | 3,753 | $0.5942 | ($2,230) | | | | | |
| Jordan Dario Primo | 11/5/2024 | 1,587 | $0.5670 | ($900) | | | | | |
| Jordan Dario Primo | 11/12/2024 | 7,210 | $1.1231 | ($8,098) | | | | | |
| Jordan Dario Primo | 11/13/2024 | 11,308 | $1.1015 | ($12,455) | | | | | |
| Jordan Dario Primo | 11/14/2024 | 2,448 | $0.8171 | ($2,000) | | | | | |
| Jordan Dario Primo | 11/15/2024 | 347 | $0.8349 | ($290) | | | | | |

**Genius Group Limited (GNS)**
**Class Period: April 12, 2022 to May 30, 2025**
**August 16, 2024 1:10 Reverse Split**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Total Shares Purchased/Sold |
|---|---|---|---|---|---|---|---|---|---|
| Jordan Dario Primo | 12/9/2024 | 2,424 | $0.8250 | ($2,000) | | | | | |
| Jordan Dario Primo | 12/16/2024 | 130 | $0.7714 | ($100) | | | | | |
| Jordan Dario Primo | 12/20/2024 | 8,247 | $0.5565 | ($4,590) | | | | | |
| Jordan Dario Primo | 1/3/2025 | 430 | $0.6982 | ($300) | | | | | |
| Jordan Dario Primo | 1/13/2025 | 1,829 | $0.6025 | ($1,102) | | | | | |
| Jordan Dario Primo | 1/14/2025 | 555 | $0.6309 | ($350) | | | | | |
| Jordan Dario Primo | 1/28/2025 | 55 | $0.5450 | ($30) | | | | | |
| Jordan Dario Primo | 2/21/2025 | 472 | $0.4240 | ($200) | | | | | |
| Jordan Dario Primo | 3/19/2025 | 288 | $0.2780 | ($80) | | | | | |
| Jordan Dario Primo | 3/24/2025 | 3,331 | $0.2998 | ($999) | | | | | |
| Jordan Dario Primo | 3/25/2025 | 3,227 | $0.3100 | ($1,000) | | | | | |
| Jordan Dario Primo | 3/28/2025 | 1,910 | $0.2496 | ($477) | | | | | |
| Jordan Dario Primo | 4/2/2025 | 2,078 | $0.2504 | ($520) | | | | | |
| Jordan Dario Primo | 4/14/2025 | 196 | $0.2547 | ($50) | | | | | |
| Jordan Dario Primo | 4/24/2025 | 20 | $0.3200 | ($6) | | | | | |
| Jordan Dario Primo | 5/19/2025 | 134 | $2.1839 | ($293) | | | | | |
| Jordan Dario Primo | 5/27/2025 | 301 | $2.1327 | ($643) | | | | | |
| Jordan Dario Primo | 5/30/2025 | 96 | $2.0517 | ($196) | | | | | |
| **Jordan Dario Primo** | | **331,654** | | **($107,549)** | | **(14,222)** | | **$5,109** | **345,876** |