# EXHIBIT C

businesswire
A BERKSHIRE HATHAWAY COMPANY

Jun 29, 2026 5:19 PM Eastern Daylight Time

# Grant & Eisenhofer Files Class Action Lawsuit Against Citadel Securities LLC and Virtu Americas LLC

Share

NEW YORK--(BUSINESS WIRE)--On June 29, 2026, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of Aron Reynolds ("Plaintiff") against Citadel Securities LLC ("Citadel") and Virtu Americas LLC ("Virtu") (together, the "Defendants"). The action alleges that Defendants defrauded investors by placing and executing manipulative trades designed to artificially deflate the price of Genius stock and also resulted in increased transaction costs for investors.

> *The lawsuit alleges that throughout the Class Period, Defendants Citadel Securities and Virtu Americas engaged in a manipulative and illegal trading practice known as "spoofing."*

Share

The action is brought on behalf of all persons who purchased or otherwise acquired, or sold or otherwise disposed of, securities of Genius **between April 12, 2022 and May 30, 2025, inclusive** (the "Class Period"). The action, brought in the United States District Court for the Southern District of Florida, is captioned *Aron Reynolds v. Citadel Securities LLC and Virtu Americas LLC*, No. 1:26-cv-24485 (S.D. Fla.).

Citadel and Virtu are broker-dealers registered with the Securities and Exchange Commission and operate as major market makers, routinely placing and executing securities trades for investors as well as for their own trading accounts.

The complaint alleges violations of Sections 9(a) and 10(b) of the Securities Exchange Act of 1934. Specifically, the lawsuit alleges that throughout the Class

Period, Defendants engaged in a manipulative and illegal trading practice known as "spoofing," which involves submitting and then cancelling buy or sell orders without any genuine intent to execute them. The purpose of these "baiting orders" was to mislead other market participants about the true level of supply and demand for Genius securities, or about the stock's price volatility, thereby influencing the market price of Genius to benefit Defendants' own trading positions. The alleged manipulation also increased investors' transaction costs by inflating the bid-ask spread for Genius stock. Defendants entered thousands of these baiting orders on U.S. stock exchanges to create the false impression that Genius' stock price reflected genuine supply-and-demand and volatility dynamics, while simultaneously profiting by absorbing and reselling their customers' order flow at prices favorable to Defendants.

Throughout the Class Period, sharp declines in Genius' stock price consistently coincided with substantial spikes in Defendants' spoofing activity. For example, during the week of February 10, 2025, Defendants built significant short positions in Genius stock and reaped substantial trading profits: Citadel traded more than 23 million shares of Genius off-exchange, accounting for nearly half of all off-exchange trading in the stock, while Virtu traded nearly 11 million shares, accounting for more than 20% of all off-exchange trading. Together, Defendants comprised nearly 70% of all off-exchange trading in Genius stock that week, as short volume surged from a low of 53% to more than 61%. As a result, Genius' stock price decline by 22% despite the absence of any new material, company-specific news.

Investors who purchased or sold Genius securities during the Class Period are members of this proposed Class and may be able to seek appointment as lead plaintiff, which is a court-appointed representative of the Class, by complying with the relevant provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. Section 78u-4(a)(2)(A)(i)-(vi).

If you wish to serve as lead plaintiff, **you must move the Court by no later than August 28, 2026**. You do not need to seek to become a lead plaintiff in order to share in any possible recovery. You may also retain counsel of your choice to represent you in this action.

If you wish to discuss this action or have any questions concerning this notice or your rights, please contact Abe Alexander at Grant & Eisenhofer P.A. at 646-722-8500, or via email at aalexander@gelaw.com.

## Contacts

Abe Alexander
Grant & Eisenhofer P.A.
Tel.: (646) 722-8500
aalexander@gelaw.com

**Industry:** Class Action Lawsuit Professional Services Legal

GRANT & EISENHOFER P.A.

RELEASE VERSIONS

English

CONTACTS

Abe Alexander
Grant & Eisenhofer P.A.
Tel.: (646) 722-8500
aalexander@gelaw.com

# More News From Grant & Eisenhofer P.A.

Get RSS Feed

**Family of Disabled Quadriplegic Greek Woman Pleads with Government of Cyprus to Release ICSID Award Needed for Her Care**

WASHINGTON--(BUSINESS WIRE)--The family of a severely disabled, quadriplegic Greek woman is pleading with the government of Cyprus to release nearly €5 million awarded to the family in March by the International Centre for Settlement of Investment Disputes (ICSID), a...

---

## Grant & Eisenhofer Files Class Action Lawsuit Against Intuit Inc., Extending Class Period of Previously Filed Action

NEW YORK--(BUSINESS WIRE)--Today, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of Kenneth Bruce against Intuit Inc. ("Intuit" or the "Company"), Intuit's CEO Sasan K. Goodarzi, and Intuit's CFO Sandeep S. Aujla (collectively, the "Defendants"). The action alleges...

---

## Grant & Eisenhofer Files Class Action Lawsuit Against Citadel Securities LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc.

NEW YORK--(BUSINESS WIRE)--On August 7, 2026, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of Christina W. Lovato, Meta Materials, Inc. ("Meta Materials" or the "Company"), and Doug Collins (together, the "Plaintiffs") against Citadel Securities LLC...

Back to Newsroom

Wish your news had this kind of reach?

Sign Up

Learn About Business Wire

**Company**

About Business Wire

Careers

Media Center

Help Center

**Services**

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

**Solutions**

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

**Newsroom**

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**

© 2026 Business Wire, Inc.