# EXHIBIT F

# Firm Resume 2026



MILLERSHAH

ATTORNEYS AT LAW

CALIFORNIA • CONNECTICUT • FLORIDA • NEW JERSEY • NEW YORK • PENNSYLVANIA • MILAN, ITALY

TEL: (866) 540-5505 | FAX: (866) 300-7367 | WWW.MILLERSHAH.COM

# Business Overview

## Serving Clients Worldwide

Miller Shah LLP ("Miller Shah" or the "Firm") is a results driven law firm that is focused on delivering the highest level of service possible to our clients throughout the globe. Miller Shah believes that approaching the representation of our clients with considered judgment and candor, as well as the highest degree of courtesy, professionalism and zeal possible, provides the best opportunity for our clients to achieve and exceed their goals in any given matter.

Miller Shah is a full-service firm that is able to meet its clients' needs in virtually any matter. The firm maintains a number of offices in the United States that are strategically located to serve our clients. In addition, through a highly respected, global network of independent law, fiduciary trust and accounting firms, as well as affiliate offices, Miller Shah is able to effectively meet the needs of its clients throughout the world. Miller Shah retains the culture of a boutique law firm with attorneys and staff working in an interdisciplinary, team-based manner across and between different offices.



## Focused on Results

As part of its mission, the Firm ensures that every client receives the best judgment and a clear recommendation in every matter. While the array of alternatives available to clients is always discussed and fully described, the Firm recognizes the importance of advocates being plain spoken, willing to challenge convention, and strategic in their thinking. For this reason, Miller Shah provides specific recommendations to each client in clear and straightforward terms, without mincing words, regarding the Firm's judgment as to the best way to achieve the goal at hand.

# Our People & Culture

## Motivated by Challenging Issues

The attorneys, other professionals, and staff of Miller Shah are a diverse and accomplished group of individuals who value the professional rewards and benefits of working in a collegial, team-oriented environment. Attorneys and other professionals at Miller Shah have earned degrees from a wide range of highly respected colleges and law schools, including the University of California at Berkeley, Claremont McKenna College, University of Chicago, Columbia University, Cornell University, Duke University, Emory University, Fordham University, George Washington University, Harvard University, Hastings College of Law, the University of Maryland, New York University, the University of Oregon, University of Oxford, University of Pennsylvania, Pennsylvania State University, Temple University, Trinity College, University of Pittsburgh, University of Rochester, Villanova University, and Yale University.

Many graduated with distinction and served as members and editors of their respective schools' law reviews, moot courts, or honor fraternities. A significant number have completed federal or state judicial clerkships, and others hold graduate degrees in law, tax, or related disciplines.

The professional staff is also highly experienced and accomplished. Miller Shah emphasizes that the competence and commitment of non-attorney staff are critical to achieving the excellent client service the Firm consistently delivers. The workplace is intentionally collegial, avoiding unnecessary hierarchy in favor of a collaborative environment that fosters creativity and a shared commitment to excellence.

Composed almost entirely of alumni from large firms, Miller Shah team members bring a keen understanding of the advantages of a boutique practice where the contributions of all attorneys and staff are considered and valued. Clients frequently recognize these benefits and regularly comment on the Firm's responsiveness and efficiency, noting the unselfish dedication of attorneys and staff to achieving excellent results. This collaborative spirit not only enhances outcomes for clients but also creates a workplace where the potential of every team member is maximized.

Miller Shah approaches every case, transaction, trial, or client challenge by first obtaining a thorough understanding of the issues and then applying strategic thinking and diligent effort to meet and exceed clients' established goals. Attorneys and staff are motivated by the opportunity to confront challenging matters and consider it a privilege to work cooperatively with clients to achieve their objectives and navigate the complex disputes and transactions they face.

## Socially Committed and Responsible

Although superior client service is the Firm's overriding aim, Miller Shah is also committed to practicing in a socially responsible manner, while making meaningful contributions to support communities, the social justice system and the world at large. The attorneys of Miller Shah have recovered over $2 billion for clients in litigation and similar matters, and have been responsible for charitable donations of more than $100 million in the form of *cy pres* and other donations and gifts to assist those in need, as well as supporting the arts, education and other philanthropic causes.

The Firm and its attorneys are also actively involved in *pro bono* cases, having successfully assisted clients in a variety of diverse matters, including civil matters for indigent clients, death penalty appeals, immigration asylum matters and court-appointed prisoner rights cases. In addition, Miller Shah regularly provides *pro bono* services in its local communities focused on access to justice – meaning representing individuals, non-profits and businesses that otherwise would not have the means or ability to enforce or defend their legal rights in a country that, unfortunately but regularly, ranks at the bottom of existing countries in terms of access to civil justice. The Firm believes that as a matter of professional responsibility all of its attorneys should regularly be taking on *pro bono* matters in light of this reality.



# Areas of Expertise

Miller Shah provides comprehensive legal services across a broad range of practice areas. By combining deep subject matter knowledge with an interdisciplinary approach, the Firm ensures that the best attorneys are assigned to meet each client's needs. Core areas of expertise include:

### 1. Labor, Employment and Benefits

Representation in matters involving discrimination, harassment, worker misclassification, wrongful termination, and wage and hour violations, as well as employee benefits and ERISA litigation, including retirement plan, health, and disability insurance disputes.

### 2. Whistleblower and False Claims Representation

Advocacy for whistleblowers under the False Claims Act, SEC, CFTC, IRS, and other programs. Experience pursuing fraud cases across industries, including healthcare, defense, education, environment, finance, procurement, and international claims.

### 3. Litigation and Dispute Resolution

Skilled representation in arbitration, mediation, and complex litigation. Practice areas include antitrust and trade regulation, class and collective actions, commercial disputes, intellectual property, insurance recovery, and consumer protection.

### 4. Corporate and Business Services

Legal counsel for businesses of all sizes on matters such as formation, mergers and acquisitions, private equity and venture capital transactions, international business, and private client and wealth services.

### 5. Investor Protection and Securities Litigation

Guidance for institutional investors in corporate governance and portfolio monitoring, with extensive experience in securities litigation, FINRA arbitration, shareholder derivative actions, investment disputes, and opt-out litigation.




# 1 Labor and Employment

Miller Shah has a significant and eclectic practice in the field of labor and employment matters. The Firm has represented individuals, companies, governmental entities and other employers, as well as labor organizations, in a wide range of employment and labor litigation, as well as other matters. Miller Shah attorneys have extensive experience counseling and representing their clients in litigation, as well as other disputes and challenges, regarding ERISA and employment benefits, federal and state wage and hour laws, questions regarding H1N1 (swine) flu workforce resources, immigration, international employment, labor-management relations, noncompetition agreements and trade secrets, occupational safety and health, equal employment and affirmative action matters, workplace safety, changes, reductions-in-force and training.

The Firm's attorneys have negotiated collective bargaining agreements, appeared before the National Labor Relations Board, the Equal Employment Opportunity Commission and other fair employment practice agencies, as well as before various mediation and arbitration panels that specialize in employment and labor issues. Miller Shah has vast experience working on a diverse array of employment and labor cases, including cases involving age, defamation, gender, gender dysphoria, race and sexual orientation discrimination, ERISA and benefits matters, breach of contract claims, and wage/hour claims.

Miller Shah and its attorneys also have served as lead counsel in a number of wage and hour class actions, as well as discrimination and other employment class actions. In those cases in which the Firm has represented plaintiffs, it has recovered millions of dollars for its clients. Finally, the Firm serves as national labor counsel for several select employers and also is pleased to count a number of local and international labor organizations among its clients.



# Employment Law

Miller Shah represents employees and workers in a wide range of employment law matters. Our attorneys are committed to protecting the rights of individuals who have been subjected to discrimination, harassment, wage and hour violations, or wrongful termination. We provide experienced counsel in both individual claims and class actions, helping workers hold employers accountable for unlawful practices.

## Discrimination

Employees are protected by law from discrimination in hiring, pay, promotion, and termination. Miller Shah handles claims involving age, disability, gender, sexual orientation, breastfeeding, and other protected categories.

### Age Discrimination

Older workers often face unfair treatment in promotions, layoffs, and terminations. We represent employees over 40 whose rights under the Age Discrimination in Employment Act (ADEA) have been violated.

### Breastfeeding Discrimination

Employees are entitled to accommodations for breastfeeding or expressing milk under federal law. Our attorneys represent workers denied proper breaks, facilities, or who face retaliation for exercising these rights.

### Disability Discrimination

Employers must provide reasonable accommodations under the Americans with Disabilities Act (ADA). Miller Shah advocates for employees denied accommodations or treated unfairly because of a disability.

### Gender Discrimination

We represent employees subjected to bias based on gender, including unequal pay, promotion barriers, pregnancy discrimination, and gender dysphoria claims.

### Sexual Orientation Discrimination

Federal and state laws protect employees from discrimination based on sexual orientation. Miller Shah stands with LGBTQ+ workers facing harassment, retaliation, or termination.



## Worker Misclassification

Worker misclassification occurs when employees are improperly labeled as independent contractors or improperly classified as "exempt" employees. This practice allows employers to avoid paying overtime, benefits, payroll taxes, and other legal obligations, while stripping workers of important protections such as unemployment insurance, workers' compensation, and anti-discrimination safeguards.

Miller Shah represents workers who have been misclassified, from gig-economy and service employees to professionals in healthcare and telehealth. Our attorneys carefully assess the nature of the employment relationship and pursue claims to recover unpaid wages, benefits, penalties, and in some cases reclassification as employees.

Because misclassification is often widespread, these cases are frequently brought as collective or class actions. Miller Shah has extensive experience in this area, achieving meaningful recoveries for groups of workers while holding employers accountable for systemic wage violations.

## Workplace Harassment

Harassment creates a hostile work environment that violates employee rights. Our attorneys pursue claims against employers that fail to prevent or address workplace harassment.

## Wage and Hour Violations

Miller Shah represents workers denied proper pay under the Fair Labor Standards Act (FLSA) and state wage laws. This includes claims for unpaid wages, improper deductions, and denial of overtime.

**Meal Break Violations**
**Overtime Pay Violations**

**Illegal Deductions**
**Tip Violations**
**Rest Break Violations**

**Minimum Wage Violations**
**Unpaid Wage Violations**

## Wrongful Termination

Employees cannot be fired for unlawful reasons such as discrimination or retaliation. Our attorneys pursue claims to recover lost wages and secure justice for wrongfully terminated workers.



# Employee Benefits and Fiduciary Compliance

Miller Shah handles a broad range of employee benefits and fiduciary breach litigation, most often under the Internal Revenue Code and the Employee Retirement Income Security Act of 1974 (ERISA). The firm has represented plan fiduciaries, trustees, and independent fiduciaries in disputes involving compliance, delinquent contributions to Taft-Hartley funds, and other complex benefits matters. Attorneys at Miller Shah have litigated groundbreaking ERISA cases involving revenue-sharing practices, retirement plan investments and structures, stock declines, and options in qualified retirement plans such as 401(k), 403(b), 457, and defined benefit plans. These cases are frequently litigated in federal district courts, often in coordination with the U.S. Department of Labor and Department of Justice, and have also extended to bankruptcy court and related proceedings.

## ERISA (Employee Retirement Income Security Act) Litigation

The Employee Retirement Income Security Act (ERISA) governs most workplace benefit plans and provides protections for employees and retirees. Miller Shah represents clients in ERISA litigation involving breaches of fiduciary duty, denial of benefits, excessive fees, and mismanagement of plan assets.

### Workplace Retirement Plan Litigation

Representation includes disputes involving 401(k), 403(b), pension, and other retirement plans. Common issues include excessive fees, imprudent investment options, and fiduciary mismanagement that can put retirement savings at risk.

### Health Insurance

Disputes over group health insurance frequently arise when benefits are wrongfully denied, coverage is rescinded, or plan administrators violate ERISA and Affordable Care Act protections.

### Disability Discrimination

Short- and long-term disability claims are often wrongfully denied by insurers. Miller Shah litigates these disputes to secure the disability benefits guaranteed under ERISA and private insurance policies.

### Life Insurance

Beneficiaries may face delayed or denied life insurance payouts, as well as disputes over coverage under employer-provided and individual policies. The firm provides representation to ensure families receive the benefits owed.

### Taft-Hartley Plans

Multiemployer benefit plans, including pension and health and welfare funds, present unique legal challenges. Miller Shah assists participants, fiduciaries, and labor organizations in disputes involving compliance and fiduciary responsibilities.



# 2 Whistleblower and False Claims Act

Miller Shah is one of the leading firms in the United States in handling whistleblower litigation. Representatives of the federal and state government, as well as other private counsel representing whistleblowers and defense counsel, regularly and increasingly recognize the Firm as "go to" law firm for the successful prosecution of such matters. Miller Shah attorneys have broad experience in handling legal issues related to false claims, whistleblower and *qui tam* cases under the federal False Claims Act and similar state laws, as well as assisting clients in internal investigations. The federal False Claims Act has proven to be an effective, powerful and, sometimes, frightening tool in fighting Medicare and Medicaid fraud, defense contractor fraud and other types of fraud perpetrated against federal and state governments.

The *qui tam* provisions, which allow whistleblowers to file False Claims Act lawsuits against companies and individuals that allegedly defraud the government with the opportunity to obtain a "bounty," have been a key ingredient in the False Claims Act's success, as the federal government has recovered more than $15 billion as a result of *qui tam* lawsuits since 1986, with whistleblowers' rewards totaling more than $2.5 billion.

Miller Shah attorneys have represented clients in a number of the most significant cases under the False Claims Act and acted as lead counsel in those cases. In addition, the Firm has significant experience representing clients in *qui tam* cases brought under similar state laws against companies and individuals accused of defrauding state and local government agencies. The Firm is presently representing clients in a number of *qui tam* actions under the False Claims Act and state law, many of which, including several large prosecutions, are 'under seal' and, therefore, cannot be publicly disclosed.

Miller Shah similarly has significant experience handling *qui tam*, false claims and whistleblower cases under the Dodd-Frank Act for alleged securities fraud and related misconduct, as well as the Foreign Corrupt Practices Act, related to alleged bribery of foreign officials and others to secure business preferences overseas.

Finally, the Firm's attorney have represented clients performing internal investigations arising from whistleblower complaints and has developed effective, methodological tools to address such matters.



# False Claims Act *(Qui Tam)*

Miller Shah maintains a robust national practice representing whistleblowers under the federal False Claims Act (FCA), one of the government's most effective tools for combating fraud against public funds. The FCA empowers private individuals, known as relators, to bring lawsuits on behalf of the United States against individuals and companies that submit false claims for payment. Successful actions may result in treble damages and civil penalties, as well as financial awards and legal protections for whistleblowers.

The firm has served as lead and co-counsel in numerous FCA cases, representing whistleblowers in matters involving healthcare fraud, pharmaceutical and medical device kickbacks, defense contracting overbilling, financial services misconduct, false certifications in higher education, and procurement fraud. These cases have uncovered schemes designed to divert taxpayer resources and have led to substantial recoveries for the federal government and significant awards for relators.

Miller Shah attorneys are well-versed in the unique procedures governing FCA litigation. The firm regularly guides clients through the confidential filing process, works with the Department of Justice during investigations, and litigates both intervened and non-intervened cases in federal courts across the country. In addition to pursuing recoveries, Miller Shah provides strategic advice to whistleblowers on issues such as retaliation protections, potential risks, and long-term considerations involved in filing a *qui tam* action.

Through its work under the False Claims Act, Miller Shah has built a reputation for advancing accountability and protecting taxpayer funds while achieving meaningful results for whistleblowers. The firm's experience in this area reflects both a deep understanding of complex fraud schemes and a strong commitment to supporting individuals who step forward to expose misconduct.



# Whistleblower Programs

## SEC Whistleblower Program

The SEC program rewards individuals who report securities law violations, including insider trading and accounting fraud. Miller Shah guides whistleblowers through investigations and award claims.

## CFTC Whistleblower Program

The CFTC program incentivizes reporting of commodities and derivatives fraud. Miller Shah assists whistleblowers in submitting claims and seeking financial awards.

## IRS Tax Whistleblower Program

The IRS program allows reporting of significant tax underpayments and fraud. Miller Shah represents individuals in preparing claims and pursuing rewards for exposing tax violations.

## FIRREA Whistleblower Program

FIRREA enables whistleblowers to report fraud affecting federally insured financial institutions. Miller Shah handles claims involving mortgage fraud, lending misconduct, and bank-related violations.

## AML & FCPA Whistleblower Programs

Whistleblowers may receive rewards for exposing money laundering or corruption under AML and FCPA laws. Miller Shah advocates for individuals reporting bribery and international financial crimes.

## International Whistleblower Claims

Cross-border fraud often impacts U.S. markets. Miller Shah represents international whistleblowers in bringing claims under U.S. whistleblower programs.



# 3 Litigation + Dispute Resolution

Miller Shah integrates arbitration, mediation, and other alternative dispute resolution ("ADR") methods into its practice to achieve efficient, cost-effective outcomes for clients. Attorneys have experience with domestic and international arbitration, mediation, and customized ADR across industries such as antitrust, commercial transactions, construction, employment, intellectual property, and securities. In addition to representing clients, Miller Shah lawyers frequently serve as arbitrators, mediators, and settlement counsel before leading ADR bodies, including the AAA, FINRA, ICC, JAMS, and the London Court of International Arbitration.

## Dispute Resolution Methods

Because no two disputes are alike, Miller Shah attorneys evaluate the full spectrum of dispute resolution options—ranging from courtroom litigation to more collaborative alternatives—to identify the approach best suited to each client's goals.

### Arbitration and Litigation

Direct negotiation allows parties to attempt resolution without third-party intervention. This approach can minimize costs, preserve relationships, and lead to swift settlements. Our attorneys regularly use negotiation to achieve favorable outcomes before a matter escalates further.

### Direct Negotiation

Direct negotiation allows parties to attempt resolution without third-party intervention. This approach can minimize costs, preserve relationships, and lead to swift settlements. Our attorneys regularly use negotiation to achieve favorable outcomes before a matter escalates further.

### Mediation

Direct negotiation allows parties to attempt resolution without third-party intervention. This approach can minimize costs, preserve relationships, and lead to swift settlements. Our attorneys regularly use negotiation to achieve favorable outcomes before a matter escalates further.



# Antitrust and Trade Regulation

## Antitrust Litigation

Miller Shah attorneys have extensive experience addressing the complex legal and economic issues presented by antitrust and competition disputes. The Firm has successfully represented plaintiffs and defendants in major civil antitrust matters throughout the United States, as well as in related criminal, administrative, and regulatory proceedings. The team regularly works with the Department of Justice, the Federal Trade Commission, State Attorneys General, and, when appropriate, international regulatory bodies such as the European Union.

Miller Shah attorneys have prosecuted and defended cases involving vertical and horizontal price agreements, market allocations, refusals to deal, monopolization, covenants not to compete, price-fixing, tying arrangements, and price discrimination under the Robinson-Patman Act. Miller Shah has been appointed lead counsel in more than 75 antitrust, competition, and trade regulation cases nationwide, reflecting both the Firm's broad experience and the results achieved for clients.

## Reverse Payments

The Firm also has been actively involved in litigation concerning antitrust and unfair competition issues involving reverse payments. These matters frequently raise questions of market allocations, price agreements and other anticompetitive practices. With extensive experience in antitrust law and economics, as well as knowledge of market realities, Miller Shah attorneys have represented businesses and individual consumers in these complex cases in both state and federal courts.

## Trade Regulation

Miller Shah also has worked with and represented governmental entities, including the State of Connecticut, in unfair trade practice and related matters. The Firm has represented a number of clients, both businesses and consumers, in unfair trade practice and consumer protection cases throughout the United States in a wide variety of jurisdictions, including in scores of individual and Multi-District Litigation proceedings, in cases arising under the Consumer Legal Remedies Act, the Lanham Act, the Magnuson-Moss Warranty Act, the Racketeer Influenced and Corrupt Organizations Act and the Unfair Competition Law, as well as similar statutes and state laws in over 35 states and the District of Columbia.



# Class Actions and Collective Actions

Miller Shah has a broad range of experience in representing clients in class action and other representative/collective litigation. The attorneys at Miller Shah have been appointed lead counsel in scores of class action and similar cases, and the courts that have appointed Miller Shah in such litigation have consistently recognized the excellent representation provided by Miller Shah in such engagements. Miller Shah attorneys have extensive experience representing the interests of their clients in antitrust, consumer protection, employment discrimination/civil rights, employee benefits, ERISA, fiduciary compliance, housing practices, insurance coverage/practices, securities fraud/breach of fiduciary duty, and wage and hour class action litigation.

Miller Shah attorneys have represented a variety of private and public plaintiffs, including institutional and other significant investors, private companies, officers and directors, other fiduciaries and labor organizations. Miller Shah has been successful in recovering hundreds of millions of dollars for our clients and, in addition, has procured tens of millions of dollars in charitable *cy pres* donations to worthy organizations as a result of the outcomes that we have achieved. Unlike certain lawyers who exclusively handle class action litigation, we know how to prosecute cases to trial and have extensive experience trying cases. In federal and state courts, as well as arbitral forums, Miller Shah attorneys have tried such cases for both plaintiffs and defendants to successful jury verdict, judgment and award.

## Automotive Defects

The Firm has represented consumers in cases involving defective vehicles and automotive components, including safety, performance, and emissions issues. These actions often involve multi-district litigation and require coordination with regulators and experts.

## Consumer Product Defects

Miller Shah attorneys have pursued claims involving defective consumer products, holding manufacturers and distributors accountable for injuries, safety hazards, and false representations in the marketplace.



## Collective Actions

Miller Shah attorneys regularly represent employees in collective actions under the Fair Labor Standards Act (FLSA) and other statutes, challenging unlawful pay practices and securing remedies for large groups of workers.

## Data Breach

Miller Shah has litigated data breach and privacy cases arising from unauthorized access to consumer or employee information. These cases often involve statutory claims under federal and state privacy laws, as well as negligence and consumer protection theories.

## Group Litigation

The Firm represents groups of plaintiffs in coordinated litigation involving shared claims against common defendants, leveraging efficiencies in discovery, trial preparation, and settlement negotiations.

## Securities Fraud

Miller Shah has substantial experience in securities fraud litigation, representing investors in cases involving misrepresentations, omissions, market manipulation, and other violations of federal and state securities laws.

## TCPA

Miller Shah attorneys litigate Telephone Consumer Protection Act (TCPA) claims on behalf of individuals and groups subjected to unlawful telemarketing, robocalls, and text messaging campaigns, securing statutory damages and injunctive relief.

## Workplace Benefit Plan Litigation

The Firm has significant experience litigating disputes involving employee benefit plans, including claims under the Employee Retirement Income Security Act (ERISA). Miller Shah attorneys have represented plan participants, beneficiaries, and fiduciaries in a wide range of benefits and fiduciary duty matters.



# Commercial Litigation

Miller Shah attorneys have extensive experience handling a broad range of commercial litigation matters for businesses, organizations, and individuals. The Firm represents clients in disputes involving contracts, business torts, unfair competition, intellectual property, and complex multi-party litigation. Miller Shah attorneys have appeared in federal and state courts across the country, as well as arbitration forums, and have secured significant recoveries and favorable resolutions on behalf of clients. With a practical understanding of business operations and strategy, the Firm is focused on protecting client interests while delivering efficient and effective solutions to high-stakes disputes.

## Breach of Contract

Miller Shah attorneys represent businesses and individuals in breach of contract disputes involving commercial agreements, service contracts, joint ventures, and other business arrangements. The Firm litigates these matters in federal and state courts and in arbitration.

## Commercial Disparagement

The Firm has prosecuted and defended claims of commercial disparagement and business defamation, protecting clients against false or misleading statements that harm reputation, goodwill, or competitive standing.

## Copyright / Trademark

Miller Shah attorneys handle disputes involving copyrights, trademarks, and related unfair competition claims. The Firm's work includes representing clients in cases of copyright and trademark infringement, licensing disagreements, and matters under the Lanham Act and state unfair competition laws.

Miller Shah has represented clients in industries such as publishing, media, consumer products, and technology, addressing issues like ownership, registration, use of protected works, and false designation of origin. The Firm focuses on protecting intellectual property rights while navigating the practical business considerations that often shape these disputes.



## False Advertising

The Firm litigates false advertising claims under federal and state law, including matters brought under the Lanham Act and unfair competition statutes. Miller Shah has represented both plaintiffs and defendants in industries ranging from consumer products to financial services.

## Franchisor / Franchisee

The Firm has experience representing both franchisors and franchisees in disputes involving contractual obligations, disclosure requirements, territorial restrictions, and allegations of unfair or deceptive practices.

## Insurance Coverage and Recovery

Miller Shah attorneys assist policyholders in disputes with insurers involving coverage denials, bad faith claims, and recovery under a wide variety of insurance policies, including commercial general liability, directors and officers, and professional liability policies.

## Intellectual Property

In addition to copyright and trademark disputes, Miller Shah handles broader intellectual property litigation, including trade secret misappropriation, licensing disputes, and claims involving proprietary business information.

## Partnership Disputes

The Firm represents partners, shareholders, and members in disputes involving fiduciary duties, ownership rights, dissolution, valuation, and other conflicts that arise in closely held businesses and joint ventures.



# 4 Business Counseling and Corporate Transactions

Miller Shah's Corporate & Business Services practice offers comprehensive strategic legal counsel to small and medium-sized businesses at every stage of growth, from inception to exit. The Firm represents start-ups, family-owned businesses, multinational corporations, and private equity and venture capital funds across key industries, including construction, technology, food and beverage, agribusiness, entertainment, and cannabis.

The team recognizes that legal strategy must align with financial reality—how companies are valued, how returns are generated, and how each transaction fits into broader investment and growth goals of both founders and investors. Miller Shah attorneys have extensive experience with complex corporate transactions, including domestic and cross-border mergers and acquisitions, venture capital fundraising, leveraged buyouts, and private credit transactions in the private equity space. Clients rely on the Firm not only for high-stakes transactions but also for day-to-day advisory assistance. Many businesses select Miller Shah as outside general counsel, benefiting from responsive, business-focused legal services that emphasize efficiency, risk management, compliance, and long-term success.

Successful transactions require counsel to act as strategic advisors—anticipating commercial challenges, managing founder and stakeholder dynamics, and helping clients close transformative deals with confidence and clarity. With a team that includes corporate, litigation, and employment lawyers, Miller Shah delivers the insight and judgment businesses need to navigate both complex transactions and daily legal needs.



# Mergers & Acquisitions

Assisting buyers, sellers, and investors with structuring, negotiating, and closing M&A deals. From multimillion-dollar strategic purchases to founder exits and carve-outs, we handle:

**Deal Structuring and Planning**

**Comprehensive Legal Due Diligence**

**Executive Compensation, Short Term and Long Term Incentive Plans**

**Antitrust and Regulatory Approvals**

**Post-Closing Integration and Corporate Governance**

Our team has the expertise, acumen, and focus needed to navigate complex regulatory landscapes to get deals done as efficiently as possible.

# Private Equity

Full-cycle legal support to private equity funds, family offices, and portfolio companies, including:

**Fund Formation and Investor Documentation**

**Growth Equity Investments** *(Leverage Buyouts, Private Debt, Mezzanine, and Distressed Debt)*

**Management Agreements and Operating Covenants**

**Exit Strategy Planning** *(Strategic Sales, IPOs, Recapitalizations)*

Our team works with clients in competitive and regulated industries to structure transactions that reduce tax burdens and maximize post-close value.



# Venture Capital

Representing early-stage companies and investors across the venture ecosystem—seed rounds, Series A through D, and exit. The Firm's services include:

**SAFE, Pre-Seed, and Seed Round Structuring**

**Series A to C and Convertible Debt Structuring**

**Cap Table Analysis and Founder Equity Planning**

**Corporate Governance, Minority Protections, and Voting Rights**

**Exit Planning** *(Strategic, Secondary Sales, IPO)*

With changing investor expectations and more complex term sheets, startups and investors alike need legal counsel that balances growth with protection. Miller Shah attorneys help founders avoid pitfalls while aligning with investors' long-term interests.

# Other Business Services

## Business Formation & Strategy

Advising on entity selection (LLC, corporation, etc.), shareholder and operating agreements, governance frameworks, and early-stage growth planning.

## International Business

Supporting foreign companies with U.S. market entry, regulatory compliance, joint ventures, and cross-border corporate structuring.

## Private Client & Business Succession Services

Estate and tax planning, succession strategies, buy-sell agreements, and intergenerational transfers for business owners and high-net-worth individuals. These services help clients stay legally compliant while building toward long-term operational and financial goals.



# 5 Investor Protection and Securities Litigation

Miller Shah provides a variety of compliance, litigation, monitoring, regulatory and transactional services to institutional investors, including educational and endowment based funds, hedge funds, public and private pension funds and private equity firms. Among the other services that it provides to institutional clients, the Firm performs corporate governance and securities investment monitoring for virtually all of its institutional clients pursuant to which it advises clients when they should consider legal action to protect their rights as shareholders in a corporation.

In connection with its Miller Shah Tracker℠ service, Miller Shah offers the following portfolio services to institutional investor clients: (a) the development of guidelines and policy statements regarding securities and other shareholder litigation, as well as other corporate governance initiatives, to meet fiduciary obligations; (b) the monitoring of securities and related litigation that affects the client's investments; (c) the investigation and evaluation of potential and pending litigation to evaluate the appropriate role, if any, for the client; (d) the preparation of presentations for institutional clients regarding the status of potential and pending litigation and other corporate governance initiatives; (e) provision of updates regarding the settlement or other resolution of litigation, disputes and other initiatives; (f) assistance to clients in completing appropriate claim forms and other documentation to maximize recoveries; and (g) coordination of the holding of certain securities in custodial accounts with a financial institution pursuant to a specialized agreement that Miller Shah was instrumental in crafting to protect client interests in appropriate circumstances.



# Securities Litigation and Investment Disputes

Miller Shah has significant experience in securities regulation and corporate governance. The Firm has represented private and public entities, including institutional and other investors, investment managers, hedge funds, pension funds, private companies, officers and directors, and labor organizations. Miller Shah attorneys have litigated complex securities and directors' and officers' liability cases in federal and state courts across the country.

## FINRA Arbitration

The Firm has experience representing clients in arbitration proceedings before the Financial Industry Regulatory Authority (FINRA). These matters often involve disputes between investors and brokers, as well as claims concerning securities fraud, suitability, and breach of fiduciary duty.

## Securities Fraud

Miller Shah attorneys have prosecuted and defended claims involving securities fraud, including shareholder class actions and related regulatory enforcement matters. We have represented clients in cases involving misrepresentations, omissions, and other alleged violations of federal and state securities laws.

## Shareholder Derivative Actions

The Firm has represented shareholders in derivative litigation involving directors and officers, corporate governance disputes, and allegations of breach of fiduciary duty. These cases often address issues of corporate control, oversight, and accountability.

## Investment Disputes

Miller Shah attorneys regularly represent investors in disputes concerning investment losses, broker misconduct, and other claims arising out of investment relationships. These cases may proceed through litigation, arbitration, or regulatory forums.

## Opt-Out Litigation

The Firm has experience handling significant shareholder opt-out cases, where institutional and other large investors pursue individual claims separate from securities class actions. These matters often involve complex damages analysis and negotiation with defendants.



# Representative Clients

At Miller Shah, we place clients' interests first. We strive to provide clients with thoughtful, comprehensive and high quality legal services at all times.

The Firm's diverse client base includes:

- **Start-up and other smaller companies**
- **Multi-national corporations**
- **Biotechnology and life science concerns**
- **Construction companies**
- **Educational institutions**
- **Healthcare and manufacturing concerns**
- **Hospitality and leisure businesses**
- **Individuals, including significant shareholders, highly compensated employees, consumers, small business owners and professionals**
- **Labor organizations, including local and international labor unions**
- **Private pension funds**
- **Public pension funds**
- **Multi-employer and Taft-Hartley pension funds**
- **Large and mid-size financial institutions**
- **Hedge funds and money managers**
- **International and other significant investors**
- **State and local governmental entities**
- **Technology companies and entrepreneurs**

# *Pro Bono*, Community Service and Charitable Work



Miller Shah believes that its attorneys should provide *pro bono* and public interest legal services, as a matter of professional responsibility and in recognition of both the overwhelming need for, and positive outcomes arising from, the provision of such services. Miller Shah attorneys regularly accept unpopular and challenging cases, participating in *pro bono* activities that range from political asylum and death penalty litigation to civil rights, housing, constitutional and mortgage foreclosure class actions to individual civil and criminal matters for low-income, disabled, and other people who are disadvantaged and in need. Miller Shah also has represented certain non-profit organizations in *pro bono* assignments.

Miller Shah attorneys have contributed thousands of hours of professional time to *pro bono* matters. The Firm believes that this work benefits the clients served, the public at large, and the Firm's attorneys, who develop additional skills and enjoy the professional fulfillment derived from performing such public service. The Firm actively encourages partners and associates to accept *pro bono* legal assignments and to treat such assignments as matters of the highest priority. In addition to a commitment to *pro bono* work, Miller Shah attorneys and staff are highly committed to community service. Firm representatives regularly work on behalf of a number of community organizations, including the Special Olympics, and serve on boards and commissions, including in elected roles, to support the communities in which they work and live. Miller Shah is also committed to charitable work and regularly provides financial support to a number of community and charitable organizations, including YMCA camps and organizations supporting the underprivileged, arts, education, and culture. In addition, the Firm is actively engaged in promoting the donation of *cy pres* funds from representative proceedings and other litigation. As a direct result of the efforts of Miller Shah attorneys in such matters, more than $100 million has been donated to charities, public schools, colleges and other educational institutions, and non-profit institutions promoting the social justice system and other good works.

The Firm also actively supports the credit internship program of the Cornell University School of Industrial and Labor Relations. At any given time, Miller Shah typically employs one or more full-time interns from the Cornell ILR School to provide these students with practical experience in the workplace related to their chosen field of study. Finally, the Firm actively encourages its attorneys to contribute to the profession through professional writings, service on American Bar Association and state bar committees, and support for the bar organizations that assist indigent and other clients in obtaining access to the justice system.

If you have a question about the Firm's *pro bono,* community service, or charitable work or would like the Firm to consider a specific *pro bono* assignment or a community service/charitable work or donation request, please send an email or other correspondence to probono@millershah.com.

To make arrangements for a *cy pres* donation with the assistance of Miller Shah or to be considered for a *cy pres* award, please send an email or other correspondence to cypres@millershah.com.



# Members of Our Firm

On the pages that follow, we have provided individual biographical pages for the members of the Miller Shah team that we anticipate being most significantly devoted to this engagement. If you have any questions or require additional information, please contact us at info@millershah.com.

Attorneys Admitted to Practice Law Before the State and Federal Appellate and Trial Courts of:

- **Arizona**
- **California**
- **Connecticut**
- **District of Columbia**
- **Florida**
- **Illinois**
- **New Jersey**
- **New York**
- **Oregon**
- **Pennsylvania**
- **Wisconsin**
- **the Federal Circuit Court of Appeals**
- **and the United States Supreme Court**

# James E. Miller

Managing Partner *Chester, CT Office*



jemiller@millershah.com

James E. Miller formed Miller Shah in 2021. Prior to starting Miller Shah, Jim had worked at Shepherd, Finkelman, Miller & Shah, LLP since 2002. Jim is admitted to practice law in the States of California, Connecticut, and New Jersey, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern District of California, District of Connecticut, Eastern District of Pennsylvania, District of New Jersey, Eastern District of Wisconsin, the United States Court of Appeals for the Third Circuit and Ninth Circuit, and the United States Supreme Court. In addition to these courts and jurisdictions, Jim has worked on cases with local and co-counsel nationwide and internationally.

Jim concentrates his practice on whistleblower and securities and corporate governance litigation, as well as significant employment, ERISA, employment benefits, defamation, and wage/hour cases. He also has significant experience representing clients in a wide variety of consumer and antitrust class actions and other complex commercial litigation, as well as unsuitable trading, churning, and trade disputes in FINRA arbitrations/mediations and before international tribunals. Finally, having begun his career working for the labor movement after majoring in Industrial and Labor Relations at Cornell, Jim serves as labor counsel for certain select clients of the Firm.

Jim earned his undergraduate degree from Cornell University (B.S. 1988) and his law degree from the University of Pennsylvania School of Law (J.D. 1991). While at Penn Law School, he was awarded the Edwin R. Keedy Cup and was Editor of the Comparative Labor Law Journal. Following graduation, he served as Law Clerk to the Honorable Daniel H. Huyett, 3rd, United States District Judge for the Eastern District of Pennsylvania.

Jim began his law practice in 1992 in Philadelphia, Pennsylvania, where his practice concentrated on labor and employment litigation, as well as other complex commercial litigation. In 2000, he relocated with his family to Connecticut where he served in a lead role in several consumer and securities class actions, while also representing both institutional and individual investors in major unsuitable trading and churning cases. In 2002, Jim joined the Firm to open its office in Connecticut.

Jim is a member of the National Association of Securities and Consumer Attorneys, National Employment Lawyers Association, the American Bar Association, the Connecticut Bar Association, the New Jersey Bar Association, and the Pennsylvania Bar Association. He resides with his family in Chester, Connecticut, where he holds elected office and is active in community, political, and charitable activities.

# James C. Shah

Partner *Beverly Hills, CA Office*

jcshah@millershah.com



James C. Shah formed Miller Shah in 2021. Prior to forming Miller Shah, Jim had worked at Shepherd, Finkelman, Miller & Shah, LLP since 2000.

Jim is admitted to practice law in the states of California, New Jersey, New York, and Wisconsin, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern District of California, Eastern District of Pennsylvania, District of New Jersey, and Eastern District of Wisconsin, as well as the United States Court of Appeals for the Ninth Circuit. In addition to these courts and jurisdictions, Jim has worked on cases with local and co-counsel nationwide and internationally.

Jim concentrates his practice on antitrust, consumer, and insurance litigation, as well as complex commercial and employment matters. He also has significant experience representing clients in a wide variety of corporate governance, securities, construction defect, employment, and wage/hour cases. Additionally, Jim has represented clients in numerous FINRA arbitrations and other proceedings, as well as in various U.S. and international arbitration and alternative dispute resolution forums.

Jim earned his undergraduate degree in Political Science from the University of Oregon and his law degree from Temple University School of Law. While at Temple, he was a member of the school's nationally acclaimed Trial Team and also participated on Moot Court.

Before joining the firm, Jim practiced as a litigator in Philadelphia with Pelino & Lentz, P.C., where he focused on employment and labor law, securities disputes, and general commercial litigation. In 2000, Jim joined forces with Scott Shepherd, at which time the firm was created. Since then, Jim has been involved in all aspects of the firm's practice.

Jim is a member of the New Jersey and Pennsylvania Bar Associations, as well as the American Association for Justice and the National Association of Securities and Consumer Attorneys. He resides with his family in Collingswood, New Jersey, and is active in community, political, and charitable activities.

# Natalie Finkelman Bennett

Partner *Philadelphia, PA Office*

nfinkelman@millershah.com



Natalie Finkelman Bennett joined Miller Shah in 2021. Prior to joining Miller Shah, Natalie had worked at Shepherd, Finkelman, Miller & Shah, LLP since 2000. She is admitted to practice law in the State of New Jersey, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the District of New Jersey and Eastern District of Pennsylvania, and the United States Courts of Appeal for the Third and Ninth Circuits. In addition to these courts and jurisdictions, Natalie has worked on cases with local and co-counsel across the country and worldwide.

Natalie concentrates her practice on antitrust, consumer, and insurance litigation, as well as complex commercial matters. She also has significant experience representing clients in a wide variety of corporate governance, securities, employment benefit, wage/hour, and unfair trade practices cases. In addition, she represents clients in whistleblower cases brought under the United States False Claims Act. Natalie also has extensive experience representing physicians and physician groups in a broad range of matters.

She earned her undergraduate degree *magna cum laude* from the Pennsylvania State University in 1986 and was elected a member of the Phi Beta Kappa Honor Society. Natalie earned her law degree *magna cum laude* from Temple University School of Law in 1989, where she served as the Managing Editor of the *Temple Law Review*. After clerking for former Chief Judge Farnan of the United States District Court for the District of Delaware, Natalie began her private practice career at Schnader Harrison Segal & Lewis in 1990. At Schnader, she practiced in many areas of complex commercial litigation, including product liability, insurance coverage and defense, antitrust, contract, and commercial lease matters.

In 1996, Natalie became an associate at Mager Liebenberg & White, a well-known firm that specialized in class actions, where her practice was concentrated in antitrust and consumer protection class action litigation. In 1998, she became a Partner in the law firm of Liebenberg & White.

Natalie is a member of the American Bar Association, Pennsylvania Bar Association, Philadelphia Bar Association, and the National Association of Consumer Advocates. She is also a former member of the Pennsylvania Bar Association Commission on Women in the Profession and the Temple American Inn of Court. She resides in Wallingford, Pennsylvania with her family and is active in community affairs and charitable activities.

# Nathan C. Zipperian

Partner *Ft. Lauderdale, FL Office*

nczipperian@millershah.com



Nathan C. Zipperian joined Miller Shah in 2021. Prior to joining Miller Shah, Nathan worked at Shepherd, Finkelman, Miller & Shah, LLP since 2005. He is admitted to practice law in the States of Arizona, Florida, New Jersey, and Oregon, as well as in the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern and Middle Districts of Florida, the District of Arizona, and the United States Court of Appeals for the Second Circuit. In addition to these courts and jurisdictions, Nathan has worked on cases with local and co-counsel throughout the country and worldwide.

Nathan concentrates his practice on antitrust, consumer, and insurance litigation, as well as complex commercial and employment matters. He also has significant experience representing clients in a wide variety of corporate governance, securities, construction defect, employment, and wage/hour cases. Additionally, Nathan has represented clients in various personal injury and medical malpractice litigation.

Nathan earned his undergraduate degree in Political Science from the University of Oregon and his law degree from the Temple University School of Law. While at Temple, he was an Editor of the *Environmental Law and Technology Journal*. Before joining Shepherd, Finkelman, Miller & Shah, LLP, Nathan was a litigator in Oregon at Bailey Pinney and Associates, where his practice focused on employee rights, and in Arizona with Martin Hart & Fullerton, where he litigated a wide variety of cases including personal injury, medical malpractice, and product liability matters.

Nathan is a member of the American Bar Association, Oregon Bar Association, and Arizona Bar Association. He resides with his family in Weston, Florida, and is active in the South Florida community.

# Laurie Rubinow

Partner *Chester, CT Office*



lrubinow@millershah.com

Laurie Rubinow joined Miller Shah in 2021. Prior to joining Miller Shah, Laurie worked at Shepherd, Finkelman, Miller & Shah, LLP since 2005. She is admitted to practice law in the State of Connecticut, as well as the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Court for the District of Connecticut and the United States Court of Appeals for the First Circuit. In addition to these courts and jurisdictions, Laurie has worked on cases with local and co-counsel nationwide and internationally.

Laurie focuses her practice on representing the Firm's clients in whistleblower cases, as well as antitrust, consumer, complex commercial, and insurance litigation. Laurie also has significant experience handling employment, intellectual property, and real estate matters. Finally, Laurie is active in the Firm's *pro bono* work and has represented a number of *pro bono* clients in federal and state matters.

Laurie earned her undergraduate degree from the University of California at Berkeley, where she was Phi Beta Kappa and graduated summa cum laude. She earned her law degree from Temple University School of Law. She also completed part of her undergraduate studies at McGill University and, while at Temple Law School, served as a legal intern with the United States Attorney's Office, the Public Defender's Office, the Pennsylvania Attorney General's Office, and for United States Magistrate Judge Powers. In addition, Laurie has received a Certificate in Negotiation, Mediation, and Conflict Resolution from the Seton Hall University School of Law.

Laurie has a diverse legal background, having worked in private practice as an associate at a law firm and as a solo practitioner for approximately five years before beginning a career as an in-house attorney at a nationally recognized insurance company, where she worked for approximately eleven years, rising to the position of National Manager. In that role, she was responsible for the management of five regional field offices handling complex insurance-related litigation, including toxic tort and environmental actions. She also served as an adjunct professor in the Department of Sociology at Central Connecticut State University.

Laurie joined the Firm's Connecticut office in 2005, where she represents clients in a variety of antitrust, consumer, securities, and insurance litigation. She was also actively involved in the Firm's representation of the State of Connecticut in complex litigation against six different pharmaceutical manufacturers.

Laurie is a member of the Chester Bar Association and the Connecticut Bar Association. She resides in Chester, Connecticut with her family and is active in community affairs. Laurie also holds an elected office as a member of the local school board.



# Bruce D. Parke

Partner *Philadelphia, PA Office*

bdparke@millershah.com

Bruce D. Parke joined Miller Shah in 2021. Prior to joining Miller Shah, Bruce worked at Shepherd, Finkelman, Miller & Shah, LLP since 2008. He is admitted to practice law in the Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Bruce represents clients in complex commercial litigation, including securities, antitrust, and consumer protection matters. He also has experience representing clients in employment and ERISA cases. Bruce has participated in several historic class action recoveries, including In re AOL Time Warner, Inc. Securities Litigation ($2.65 billion), In re McKesson Securities Litigation ($1.04 billion), In re Broadcom Corporation Securities Litigation ($150 million), In re Motorola Securities Litigation ($190 million), In re Raytheon Securities Litigation ($460 million), and In re Automotive Refinishing Paint Antitrust Litigation ($105 million).

Bruce earned his undergraduate degree in Administration of Justice from the Pennsylvania State University and his law degree from the Dickinson School of Law of the Pennsylvania State University (J.D. 2002). Prior to joining the firm, he was an associate at the law firms of Mager White & Goldstein LLP and Mager & Goldstein LLP, where he practiced securities, antitrust, and consumer protection litigation.

# Jayne A. Goldstein

Partner *Ft. Lauderdale, FL Office*

jgoldstein@millershah.com



Jayne joined Miller Shah in 2021. She is admitted to practice law in the State of Florida, the Commonwealth of Pennsylvania, the State of Illinois, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Northern District of Illinois, the United States Courts of Appeal for the First Circuit, the United States Courts of Appeal for the Second Circuit, the United States Courts of Appeal for the Third Circuit, the United States Courts of Appeal for the Seventh Circuit, the United States Courts of Appeal for the Eleventh Circuit, and the United States Supreme Court.

Jayne, a registered nurse, received her law degree from Temple University School of Law in 1986 and her Bachelor of Science (highest honors) from Philadelphia College of Textiles and Science. Jayne began her legal career in 1986 with a wide-ranging general practice firm in Philadelphia. In 2000, she was a founding shareholder of Mager & White, P.C. and opened its Florida office, where she concentrated her practice on securities, consumer and antitrust litigation. In 2002, the firm became Mager White & Goldstein, LLP. In 2005, Jayne was a founding partner of Mager & Goldstein LLP. Most recently, she was a partner at Pomerantz LLP and Shepherd Finkelman Miller & Shah, LLP.

Since 2010, Jayne has served as co-chair of P.L.I.'s Class Action Litigation Strategies Annual Conference held in New York. In January 2017, Jayne chaired P.L.I.'s new program "Women Lawyers in Leadership," a program she developed. This program is now a yearly event which she chairs. Jayne spoke on March 22, 2019 in Montreal, Canada in a National Class Action Seminar: Recent Developments in Quebec, in Canada, in the United States. Jayne has also been a frequent speaker at Public Pension Fund Conferences having recently appeared on Panels at the Florida Public Pension Trustees' Association and Illinois Public Pension Fund Association.

Jayne is a contributor to a book published by the American Bar Association, The Road to Independence: 101 Women's Journeys to Starting Their Own Law Firms. She resides in Delray Beach, Florida with her family. She is active in community affairs and charitable work in Florida, Illinois, and Pennsylvania.

Jayne brings extensive experience to the firm in representing individuals, businesses, institutional investors and labor organizations in a variety of complex commercial litigation, including violations of federal and state antitrust and securities laws and unfair and deceptive trade practices.



# Kolin C. Tang

Partner *San Diego, CA Office*

kctang@millershah.com

Kolin C. Tang joined Miller Shah in 2021. Prior to joining Miller Shah, Kolin worked at Shepherd, Finkelman, Miller & Shah, LLP since 2009. He is admitted to practice law in the State of California.

At Miller Shah, Kolin concentrates his work on securities and commercial litigation throughout the United States. He plays a key role on the Miller Shah Tracker℠ team, a group within the Firm dedicated to working with attorneys, computer programmers, investment analysts, and other staff members to ensure that clients' investment portfolios are appropriately monitored to identify losses arising from corporate fraud and other misconduct. The team also recommends the appropriate level of participation and helps recover funds on clients' behalf through legal action.

In addition to his work in securities and commercial litigation, Kolin also performs significant work in the Firm's growing whistleblower practice, handling cases both in the United States and internationally.

Kolin received his undergraduate degree in Economics and History with honors from the University of California at Berkeley and earned his law degree from The George Washington University Law School in 2011, where he was a member of "The George Washington International Law Review". As a summer associate with Shepherd, Finkelman, Miller & Shah in 2009 and 2010, Kolin worked on antitrust, consumer fraud, and securities cases. He also served as a legal intern at the Federal Trade Commission, where he worked on antitrust and consumer protection issues.

Currently, Kolin's practice is focused on representing clients in securities, complex litigation, and whistleblower matters. He is a member of the American Bar Association and resides in Santa Ana, California.

# Alec J. Berin

Partner *Philadelphia, PA Office*

ajberin@millershah.com



Alec joined Miller Shah in 2021. Prior to joining Miller Shah, Alec worked at Shepherd, Finkelman, Miller & Shah, LLP as a project analyst and then as an attorney for the firm in August 2019. Alec is admitted to practice law in the Commonwealth of Pennsylvania.

Alec earned his Bachelor of Science from Cornell University and graduated with honors from the George Washington University Law School, where he served as an Articles Editor of the *George Washington International Law Review* and Research Associate with the Center for Law, Economics & Finance. While at GW Law, Alec was named a Paul A. Volcker Scholar, an award for excellence in the study of financial regulatory law and commitment to public service.

Additionally, Alec interned in the Enforcement Division of the U.S. Securities and Exchange Commission.

Alec has played a central role in the firm's practice in securities litigation, ERISA matters, federal False Claims Act cases, and other areas of complex and commercial litigation. He has served as counsel at trial in a complex federal case and has recently argued before multiple U.S. Courts of Appeals.

# Alfonso M. Vilaboa

Partner New York, NY *Office*

amvilaboa@millershah.com



Alfonso joined Miller Shah in 2025. Alfonso is an international business lawyer with experience in corporate law, mergers and acquisitions, and private equity. He is admitted to practice law in the State of New York, the District of Columbia, and Uruguay.

Alfonso has advised a wide-range of public and private companies, both in the United States and abroad. His experience includes representing companies in strategic sell-side mergers and acquisitions, as well as private equity funds in their leveraged buyout acquisitions of portfolio companies, and senior and mezzanine debt transactions in a variety of different industries.

Private equity clients appreciate Alfonso's strong knowledge of financial modeling and unique strength in financial statement reviewing, which allows him to understand deals from a business and financial perspective and to facilitate coordination and synergies with the legal review.

Prior to joining the firm, Alfonso worked as an attorney for the Inter-American Development Bank, the largest development bank for Latin America and the Caribbean, and Posadas, Posadas & Vecino, one of the largest law firms in Uruguay.

Alfonso earned a Doctor of Law and a Masters in Contractual Law from the Catholic University of Uruguay, as well as a Master of Laws in International Business and Economic Law, with Honors, from Georgetown University. He also received a Private Equity Certificate from the Wharton School.

# Ronald S. Kravitz

Senior Counsel *San Francisco, CA Office*

rskravitz@millershah.com



Ronald S. Kravitz joined Miller Shah in 2021. Prior to joining Miller Shah, Ron worked at Shepherd, Finkelman, Miller & Shah, LLP since 2014. He is admitted to practice law in the States of California and Texas, the Commonwealth of Pennsylvania, and numerous federal courts, including the United States District Courts for all Districts of California, the Middle District of Florida, the Northern District of Illinois, the Eastern District of Michigan, the Northern District of Ohio, the Eastern District of Pennsylvania, and the Northern and Southern Districts of Texas. He is also admitted to the United States Courts of Appeals for the Fourth, Fifth, Ninth, and Eleventh Circuits, as well as the United States Supreme Court. In addition to these courts and jurisdictions, Ron has worked on cases with local and co-counsel nationwide and internationally. He began his legal career as an Attorney Advisor for the U.S. Department of Justice.

With more than 25 years of experience as legal counsel in complex business litigation matters, Ron's practice has been focused primarily on ERISA, employment, intellectual property, and securities-related matters since 1992. He has represented numerous fiduciaries, third-party plan administrators, broker-dealers, and registered representatives in connection with plan administration and investment matters. Ron has served as lead or co-lead class counsel in numerous ERISA class actions throughout the country.

Ron is a past Chairman of the International Advisory Group (IAG), current co-chair of IAG's Litigation Specialist Group, a regional board member of the Anti-Defamation League, and the co-chair of the ABA Employee Benefits Committee Fiduciary Sub-Committee. In addition, Ron is a Lifetime Fellow of the American Bar Foundation and is active in the University of San Francisco Inn of Court.

# Eric L. Young

Senior Counsel *Philadelphia, PA Office*

elyoung@millershah.com



Eric received his B.A. in Political Science in 1992 from the University of Pittsburgh, and his J.D. in 1999 from the Widener University School of Law which he attended as an Evening Division Student while continuing to work full-time. While at Widener, Eric distinguished himself as a Member of the Moot Court Honor Society and winner of the Delaware Moot Court Competition. He is admitted to practice law in the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

Eric is a seasoned trial lawyer with a track record of success in whistleblower litigation and class actions. In addition to helping secure the first-ever mandatory tax fraud whistleblower reward (22% of the IRS' total amount recovered), Mr. Young has represented whistleblowers in several of the nation's largest *qui tam* recoveries under federal and state false claims acts.

Prior to entering private practice, Mr. Young honed his legal skills as General Counsel for the United Food and Commercial Workers, Local 1776, one of the largest and most accomplished local unions in the nation. During his tenure as General Counsel for the UFCW, Mr. Young successfully executed a wide array of legal and political actions affecting the 24,000 member organization, including guiding the union's executive leadership on complex contract negotiations and spearheading labor arbitrations arising out of the organization's 90 different collective bargaining agreements.

Mr. Young began his litigation career at one of Philadelphia's premier commercial litigation firms and established an outstanding track record in healthcare fraud litigation, corporate investigations, and securities fraud litigation.

Eric has been instrumental in the Firm's successful prosecution of securities fraud litigation on behalf of Taft-Hartley pension funds, *qui tam* litigation, tax fraud whistleblower cases, and complex employment law class actions. As a result of Eric's efforts, the firm has been retained by numerous different multi-employer pension funds — with combined assets of over $4 billion — to monitor and protect their assets against securities fraud and abuse. Eric is also nationally recognized in complex wage/hour class action litigation on behalf of employees.

# Heidi A. Wendel

Senior Counsel *New York, NY Office*

hawendel@millershah.com



Heidi is admitted to practice law in the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit.

Heidi received her law degree from Columbia Law School, where she was a senior editor of the Columbia Law Review. She received a B.A. from Swarthmore College, Phi Beta Kappa. She clerked for the Honorable Milton Pollack, United States District Court for the Southern District of New York.

Heidi is a skilled litigator with over 25 years of experience who specializes in complex litigation, particularly in representing whistleblowers in cases exposing fraud against the government. Her experience includes serving as Chief of Civil Frauds in the United States Attorney's Office in the Southern District of New York, Deputy Attorney General and Director of the Medicaid Fraud Control Unit in New York, and Partner at Jones Day in the New York office defending fraud cases.

While at the United States Attorney's Office, she had primary responsibility for major cases, which she personally investigated and litigated, in both the healthcare and financial fraud areas. Among cases she investigated and intervened in on behalf of the government was a suit against Novartis Pharmaceuticals alleging that the company conducted a massive fraud in its promotional speaker programs related to cardiovascular drugs. While Heidi was Chief, the Civil Frauds Unit achieved record recoveries, as well as bringing numerous cases based on cutting-edge legal theories.

Prior to service as Chief of Frauds at the United States Attorney's Office, Heidi was director of the Medicaid Fraud Control Unit and Deputy Attorney General at the New York Attorney General's Office, supervising a staff of 340, including attorneys, auditors, and investigators, in seven regional offices around the state, overseeing a docket of hundreds of civil and criminal cases. In this position, she led the bureau to achieve record civil recoveries and criminal convictions. Under Heidi's leadership, the unit was selected as the nation's best, for the first time in its thirty-year history, by the Inspector General of the U.S. Department of Health and Human Services, based on the size of its recoveries.

# Isack Fadlon

Senior Counsel *Beverly Hills, CA Office*

ifadlon@millershah.com



Isack joined Miller Shah in 2024. He is admitted to practice in the State of California.

A founding partner of Fadlon & Rozio that was established in 1995, Isack has three decades of experience, focusing on business litigation and business transactions. These areas include real estate, franchising, business torts, and insurance bad faith.

Isack continues to stay involved in the community, serving on the boards of various organizations, including the Melrose Business Improvement District, the Beverly Hills Education Foundation, The Sephardic Educational Foundation, J LA, and was elected and served two terms on the Mid City West Neighborhood Council. He received his undergraduate degree from the University of California, Los Angeles, and earned his law degree from the University of California Hastings College of Law and a Masters of Science in Journalism from Northwestern University.

# Zacky P. Rozio

Senior Counsel *Beverly Hills, CA Office*

zprozio@millershah.com



Zacky joined Miller Shah in 2024. Zacky is an accomplished attorney with three decades of experience, licensed to practice before both state and federal courts in California. Since 1993, he has been a dedicated member of the bar, offering invaluable legal counsel to his clients.

Zacky's legal career has evolved over the years. While he initially delved into criminal law, his practice has since shifted towards a focus on business transactions and business litigation. His extensive expertise spans various areas, including franchising, real estate, lending and banking, corporate formation and control, as well as business torts.

Zacky is a founding partner of the law firm, Fadlon & Rozio, established in 1995. The firm has earned a stellar reputation for its exceptional legal services in California and beyond.

Zacky believes in the importance of proactive legal measures. He recognizes that our legal system can be complex and costly. To mitigate such expenses, he advocates for clients to organize and conduct their affairs with precision. According to Zacky, the legal cost of fixing a problem is exponentially higher than the cost of doing things right the first time.

He received his undergraduate degree from Wesleyan University and earned his law degree from Loyola University.

# Deborah C. England

Of Counsel *San Francisco, CA Office*

dcengland@millershah.com



Deborah is an experienced litigator with over 30 years practicing employment law in San Francisco. She is admitted to practice law in the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Northern District of California. Her practice has emphasized discrimination, harassment, retaliation, privacy violations, denial of family and medical leave, and other civil rights violations. She also frequently represents employees in whistle-blowing, wrongful termination in violation of public policy, breach of contract, unpaid bonuses and commissions, and wage and hour actions.

Deborah received her undergraduate degree from the University of Washington and earned her law degree from Seattle University.

# Robert W. Biela

Staff Attorney *Philadelphia, PA Office*

rwbiela@millershah.com



Robert joined Miller Shah in 2021. Prior to joining Miller Shah, Robert worked at Shepherd, Finkelman, Miller & Shah, LLP since 2020. He is admitted to practice law in the Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Bob received his law degree from the Dickinson School of Law of the Pennsylvania State University in 2002, where he served as Comments Editor for the Dickinson Journal of Environmental Law and Policy. Before joining the firm, Bob was an associate for the law firms of Kessler Topaz Meltzer & Check LLP and Mager White & Goldstein LLP, where he practiced securities, employment, whistleblower and consumer protection litigation.

Bob concentrates his practice primarily on complex commercial litigation including antitrust, securities, and employment law. He has also represented clients in whistleblower and consumer protection cases.

# Tina Moukoulis

Staff Attorney *Philadelphia, PA Office*

tmcoutavas@millershah.com



Tina Moukoulis joined Miller Shah in 2021. Prior to joining Miller Shah, Tina worked at Shepherd, Finkelman, Miller & Shah, LLP since 2019. She concentrates her practice on complex commercial litigation, including antitrust, securities, and consumer protection class actions. Tina is admitted to practice law in the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

Prior to joining Miller Shah, Tina was an attorney with Law Offices Bernard M. Gross, PC, where she participated in a wide array of class actions that resulted in favorable outcomes on behalf of plaintiffs.

Tina earned her undergraduate degree from Ursinus College and her law degree from the Dickinson School of Law of the Pennsylvania State University. During law school, she was a member of the *Dickinson Law Review* and served as a student attorney for the Dickinson Family Law Clinic, which provided legal services to indigent clients.

Tina is a member of the Pennsylvania Bar Association. She also serves as President of her condominium association and is a local Volunteer Advocate for a national non-profit organization that promotes medical research, education, and awareness of hereditary breast cancer. As a first-generation American, Tina strives to maintain the traditions of her Hellenic heritage and is an active steward of her Greek Orthodox church.

# Anna K. D'Agostino

Associate *New York, NY Office*

akdagostino@millershah.com



Anna K. D'Agostino joined Miller Shah in 2021. She is admitted to practice law in the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit. Prior to joining Miller Shah, Anna worked at Shepherd, Finkelman, Miller & Shah, LLP as a project analyst.

Anna graduated from New York University School of Law, where she was Editor in Chief of the *New York University Journal of International Law & Politics*.

She earned her Bachelor of Arts degree from Fordham University, where she majored in International Political Economy and Spanish Language & Literature.

At Miller Shah, Anna concentrates her practice on complex litigation matters, with a particular focus on ERISA, securities, and international litigation.

# Sydney D. Finlay

Associate *San Diego, CA Office*

sdfinlay@millershah.com



Sydney joined Miller Shah in 2021. She is admitted to practice law in the State of California.

Sydney received her law degree from University of Washington School of Law. During law school she was a Summer Clerk with the Washington State Office of the Attorney General, Civil Rights Division. After graduation, she clerked for the Snohomish County Superior Court. She actively volunteers as a Case Manager for the Immigrant Family Advocacy Project and previously volunteered as a Court Appointed Special Advocate in the King County Family Law Court.

Sydney is fluent in Spanish. She concentrates her practice on complex litigation matters, with a particular focus on employment and whistleblower litigation.

# Madison A. Gregg

Associate *New York, NY Office*

magregg@millershah.com



Madison joined Miller Shah in 2023. She is admitted to practice law in Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Madi received her J.D. from the University of Chicago in 2023, where she was Vice President of the Law Students Association. She also worked with the Exoneration Project Clinic and assisted with Actual Innocence petitions in Illinois. Prior to law school, she received her Bachelor of Science from Cornell University in Industrial and Labor Relations as well as Minors in Psychology, Classical Civilizations, and Law & Society.

At Cornell, she was a Writing Tutor with the Knight Institute and a Lewis J. Perl Fellow and Groos Family Fellow with The Cornell Tradition.

Madi previously worked for the Firm as an ILR Credit Intern and a Law Clerk. She concentrates her practice on complex litigation matters, with a particular focus on whistleblower litigation.

# Christopher A. Miller

Associate *Philadelphia, PA Office*

camiller@millershah.com



Christopher joined Miller Shah in 2023. He is admitted to practice law in Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania.

Christopher received his law degree from the University of Michigan Law School, where he was an articles editor of the Michigan Journal of International Law and student attorney in the Veterans Legal Clinic. During law school, Christopher completed internships with a tax and immigration law firm in Lisbon, Portugal and a boutique commercial and class action litigation firm in Kansas City, Missouri.

Prior to law school, Christopher worked as an English instructor and debate coach at a large university in Ho Chi Minh City, Vietnam.

Christopher earned his Bachelor of Science from Cornell University, where he was an ILR Global Scholar and minored in Italian. As an undergraduate, Christopher worked for the Los Angeles Mayor's Office, the House of Commons of the United Kingdom, and a law firm in Parma, Italy. He also attended the London School of Economics and Political Science in the spring of 2018 as a Visiting Hansard Scholar.

Christopher is fluent in Italian. He concentrates his practice on whistleblower, ERISA, and securities litigation.

# Rrita Osmani

Associate *Chester, CT Office*

rosmani@millershah.com



Rrita received her law degree from the Maurice A. Deane School of Law at Hofstra University, where she was a fellow with the Monroe H. Freedman Institute for the Study of Legal Ethics and a student attorney with the Law Reform Advocacy Clinic. During law school, Rrita completed an internship with the National Labor Relations Board, Regional Office 29 in Brooklyn, New York.

Rrita graduated with a Bachelor of Science from Cornell University's School of Industrial and Labor Relations. As an undergraduate, Rrita was a member of the Cornell Speech and Debate Society.

Rrita is a fluent Albanian speaker and is proficient in Spanish. She concentrates her practice on complex litigation matters, with a particular focus on whistleblower and ERISA litigation.

# Matthew P. Suzor

Associate *Philadelphia, PA Office*

mpsuzor@millershah.com



Matthew joined Miller Shah in 2025. Matt received his law degree from the University of Maryland Francis King Carey School of Law, where he was an associate editor of the Journal of Health Care Law & Policy. During his final semester of law school, Matt interned at the Legal Resources Centre in Cape Town, South Africa. There, he worked on several projects involving water rights, land reform, and food justice. Matt also received grants to conduct plastics litigation research in Malawi and Costa Rica while in his second year.

Prior to law school, Matt worked at New York-Presbyterian Hospital in research and fundraising capacities. Matt also spent a year in Baltimore working with unhoused persons through the Jesuit Volunteer Corps.

Matt earned his Bachelor of Arts in Philosophy from Boston College. As an undergraduate, he also attended Copenhagen University studying legal philosophy.

Matt concentrates his practice on complex litigation matters, including whistleblower and ERISA cases.

# Mark Xiao

Associate *New York, NY Office*

mxiao@millershah.com



Mark joined Miller Shah in 2021. He is admitted to practice law in the State of New York, as well as the United States District Court for the Eastern District of New York and the United States District Court for the for the Southern District of New York. Mark graduated from the University of Washington School of Law, where he was Executive Comments Editor on the Washington International Law Journal and Research Associate of the Technology Law and Public Policy Clinic. While at UW Law, Mark also clerked for two Administrative Law Judges at the Social Security Administration and interned for a private investment management company. Prior to law school, he earned his Bachelor of Arts degree in Psychology from University of Texas at Austin, with a minor in Business.

Mark is fluent in Mandarin and Cantonese. He concentrates his practice at the firm on complex litigation, including employment, consumer, and whistleblower cases, as well as corporate work for both U.S. and international corporations. Mark is serving as Outside Counsel to Leapwork LLC, a software company providing automation support and tools for major companies across the globe.

# Jonathan A. Dilger

Chief Operating Officer New York, NY Office

jadilger@millershah.com



Jonathan joined Miller Shah in 2021. Prior to joining Miller Shah, Jonathan worked at Shepherd, Finkelman, Miller & Shah, LLP as a Project Analyst and Director of Quantitative Research since 2015.

He oversees and coordinates the firm's extensive research efforts, document review, and damage analysis in ERISA fiduciary matters, *qui tam* and SEC whistleblower submissions. Jonathan also coordinates many aspects of the Firm's securities and antitrust litigation. He manages the Firm's day-to-day operations, with an emphasis on improving efficiency, client outcomes, and financial performance. Jonathan is responsible for the administration of the Firm's retirement program to ensure alignment with fiduciary best practices and participant outcomes.

Jonathan earned his Bachelor of Arts in Political Science from Boston College and his Masters in Business Administration from New York University.

# Tara B. Gideon

Director of Human Resources *Philadelphia, PA Office*

tbgideon@millershah.com



Tara joined Miller Shah in her current role in 2025. Tara first joined Miller Shah as an ILR Credit Intern before graduating from Cornell University in 2023 with a degree in Industrial and Labor Relations. Currently, Tara oversees all aspects of the employee experience, with a focus on maintaining an inclusive, equitable, and professional workplace. Prior to rejoining Miller Shah, Tara worked in Employment Branding at Procter & Gamble. During her time at Cornell, she volunteered with the Cornell Prison Education Program and served as a research assistant for the ILR Labor Action Tracker. These experiences strengthened her commitment to advancing fairness and expanding opportunities for others. Tara graduated with a Bachelor of Science from Cornell University's School of Industrial and Labor Relations, with a minor in Law & Society and Inequality Studies.



# Tracy M. Feldman

Chief Marketing Officer *Philadelphia, PA Office*

tmfeldman@millershah.com

Tracy joined Miller Shah in 2025. Overseeing the firm's marketing, SEO, and digital strategy, she leads efforts to grow the firm's online presence, optimize content for search and AI, and ensure that Miller Shah's legal work reaches the clients, partners, and communities it's meant to serve. A lifelong web builder and designer, Tracy began coding websites at 13 and has spent her career at the intersection of design, content, and technology. Her experience spans creative leadership roles in Philadelphia's music industry and more than a decade in legal marketing and SEO. Tracy earned a Bachelor of Arts from the University of Rochester, receiving the Elizabeth M. Anderson Prize.



# Jillian M. Lussier

Controller and Senior Litigation Paralegal *Chester, CT Office*

jmlussier@millershah.com

Jillian joined Miller Shah in 2021. Prior to joining Miller Shah, Jonathan worked at Shepherd, Finkelman, Miller & Shah, LLP since 2012. Jill has nearly a decade of assisting attorneys in high-profile litigation, including False Claims Act, ERISA, and FLSA matters. She plays a key role in all aspects of the firm's federal and state litigation practice from client intakes through trial. Jill is also responsible for coordinating and overseeing the firm's financial and human resources functions. In recognition of her outstanding contributions to the firm, Jill was named Controller in 2019. She manages the firm's principal administrative office in Chester, Connecticut and resides in Guilford, Connecticut. Jill brings a wide breadth of experience to the Firm. She has been an integral part of three successful trial teams and regularly shares her perspective and expertise with the firm's attorneys in connection with critical court hearings and depositions. Jillian has been a key team member in some of the largest resolutions under the False Claims Act cases in U.S. history.



# Leanne M. Alvarado

Project Analyst *New York, NY Office* lmalvarado@millershah.com

Leanne joined Miller Shah in 2025. Leanne received a Bachelor of Arts in Neuroscience and Global Health and Health Policy from Harvard College. She has conducted research with the El Paso Department of Public Health on health inequities, completed pro-bono work with Lawyers for Good Government during the Texas migrant border crisis to connect asylum seekers with legal resources, and earned a Licensed Practical Nursing degree from El Paso Community College. Leanne's work supports a wide range of aspects at Miller Shah and she ultimately plans to attend law school. Leanne is also a native Spanish speaker. Leanne received a Bachelor of Arts in Neuroscience and Global Health and Health Policy from Harvard College. focuses primarily on employment matters, as well as whistleblower litigation and the provision of corporate and business services



# Ana Barba

Project Analyst *New York, NY Office* abarba@millershah.com

Ana joined Miller Shah in 2025. Ana graduated from Harvard College with a Bachelor of Arts in Sociology and a minor in Ethnicity, Migration and Rights. In college, Ana was very involved with RAZA, a student organization for Mexican and Mexican American students, serving as President and member of the board for two years. She also worked for the Harvard Foundation for Race and Intercultural Relations as an intern, and at the college's Admission's and Financial Aid Office as a student coordinator. Ana focuses primarily on employment matters, as well as whistleblower litigation and the provision of corporate and business services.



# Quintin C. Cerione

Project Analyst *Philadelphia, PA Office* qccerione@millershah.com

Quintin joined Miller Shah in 2025. Quintin earned his Bachelor of Arts in Government from Cornell University in 2025. During his senior year, he conducted an honors thesis on the offensive dimension of Russia's nuclear weapons policy. While at Cornell, he co-founded the Undergraduate International Law Review, where he held the role of Vice President, served as a writer and editor for the Cornell Diplomat, and was an undergraduate scholar at the Institute of Politics and Global Affairs. Quintin also spent a semester studying at King's College London and interned for the Foreign Commercial Service at the United States Embassy in London. He concentrates on complex litigation, with a focus on whistleblower, ERISA, and employment matters.



# Gina S. Demetriades

Assistant Controller *Chester, CT Office* gsdemetriades@millershah.com

Gina S. Demetriades is the Assistant Controller at Miller Shah LLP in the Chester office.

Gina joined Miller Shah LLP in 2021 and works with Jillian M. Lussier to oversee the Firm's finances and operations. She resides in Branford, Connecticut with her family.



# Elena M. DiBattista

Legal Assistant *Ft. Lauderdale, FL Office* emdibattista@millershah.com

Elena joined Miller Shah in 2021. Prior to joining Miller Shah, Elena worked at Shepherd, Finkelman, Miller & Shah, LLP since 2002. Elena has worked as a legal assistant for nearly 40 years, following her graduation from Modern Secretarial School as a Legal Secretary. Elena concentrates her work on coordinating database management for all clients and managing the Florida office. Elena also plays a key role working with the Firm's Securities Fraud Monitoring Service Tracker team in monitoring and analyzing securities losses suffered by institutional and other significant clients.



# Katie M. Edwards

Paralegal *Philadelphia, PA Office* kmedwards@millershah.com

Katie joined Miller Shah in 2024. Prior to joining the Firm, Katie worked as an Insurance Defense Paralegal, where she managed personal injury and insurance coverage cases. She also took due diligence research and a managerial role for private equity groups and management consulting firms. Katie earned a Bachelor of Arts in Psychology from Connecticut College and a Paralegal Certificate from Villanova University.



# Betsy A. Ferling-Hitriz

Legal Assistant *Chester, CT Office* baferling@millershah.com

Betsy joined Miller Shah in 2021. Prior to joining Miller Shah, Betsy worked at Shepherd, Finkelman, Miller & Shah, LLP since 2006. Betsy is a graduate of Bacon Academy and has studied in the fields of general business and business law at Middlesex Community College. She has a diverse employment background, having worked as a copy editor and editorial assistant at a weekly newspaper, as well as having worked as an executive assistant and clerk in the public sector, before beginning her legal career approximately 29 years ago. She is active in community affairs and regularly supports the Town of East Haddam's Food, Fuel, and Clothing banks, as well as CT Special Olympics.

Betsy concentrates her work on assisting institutional investors and other clients in staying abreast of legal developments and ensuring that their legal rights are protected and enforced. Betsy also plays a critical role in implementing and improving the Firm's systems of quality and internal controls.



# Henry A. Fina

Project Analyst *Philadelphia, PA Office* hafina@millershah.com

Henry joined Miller Shah in 2025. Henry graduated from Claremont McKenna College with a B.A. in Philosophy, Politics & Economics. While in college, Henry served as editor of The Forum, the college's student newspaper, and conducted research on Supreme Court legitimacy as a Harrison Fellow. Additionally, he assisted members of the CMC faculty as a student research assistant at the Salvatori Center for the Study of Individual Freedom. Henry was also a member of the men's lacrosse team and later served as an assistant coach. He concentrates on complex litigation, with a focus on whistleblower, ERISA, and employment matters.



# Kyla N. Golding

Project Analyst *Philadelphia, PA Office* kngolding@millershah.com

Kyla joined Miller Shah in 2024. Kyla graduated from Harvard University with a degree in the History of Science and Studies of Women, Gender, and Sexuality. While in college, Kyla was actively involved in the Harvard Foundation for Intercultural and Race Relations and, as Flagship Program Director, produced and directed Cultural Rhythms, Harvard's largest multicultural flagship showcase, three years in a row. She was also an Editorial Editor and Diversity Consultant for the Harvard Crimson. Kyla is fluent in Spanish. Her work supports all aspects of Miller Shah's practice, including complex *qui tam* and employment matters.



# Jasmine M. Griswold

Administrative Legal Assistant *Chester, CT Office* jmgriswold@millershah.com

Jasmine joined Miller Shah in 2025. She graduated from Southern Connecticut State University with a Bachelor of Arts in Interdisciplinary Studies, concentrating in business and English. Her academic focus centered on the intersection of global economic perspectives and traditional English studies. Jasmine is currently pursuing a Paralegal Certificate to further expand her knowledge and skills in litigation and legal practices.



# Nicole C. Jefferson

Project Analyst *Philadelphia, PA Office* ncjefferson@millershah.com

Nicole joined Miller Shah in 2024. Nicole completed a Master's degree in Equality Studies at University College Dublin in their School of Social Policy, Social Work, and Social Justice. She received her Bachelor of Arts in Political Science and African American Studies from Yale University. She previously worked at New Haven-based education non-profit Leadership, Education, and Athletics in Partnership (LEAP) as a communications coordinator. At Yale, she was the Voter Engagement Coordinator with the Yale College Democrats coordinating non-partisan university-wide civic engagement and voter registration efforts and served as a Peer Liaison with the Afro-American Cultural Center, mentoring first-year students. She also interned for Rep. Adam Schiff (D-CA) in his district office in Burbank, CA and with the labor rights organizing group, Los Angeles Alliance for a New Economy (LAANE). Nicole works on complex litigation matters, including whistleblower, ERISA, and employment matters.



# Anika S. Keuning

Project Analyst *New York, NY Office* askeuning@millershah.com

Anika joined Miller Shah in 2021. Anika graduated from Cornell University with a major in Industrial and Labor Relations. While in college, Anika supported the "Big Red" through her continued work at the Cornell Annual Fund, as well as through her involvement as a Tradition Fellow, where she volunteered both in Ithaca and her hometown. Anika previously worked for the Firm as an ILR Credit Intern. True to her ILR major, Anika focuses primarily on employment matters, as well as whistleblower litigation and the provision of corporate and business services.



# Sue Moss

Senior Paralegal *Philadelphia, PA Office* smoss@millershah.com

Sue joined Miller Shah in 2021. Prior to joining Miller Shah, Sue worked at Shepherd, Finkelman, Miller & Shah, LLP since 2003. Sue is integral to the Firm's day-to-day operations. She directly assists and supports the attorneys throughout the investigation and litigation stages of the case, including preparation for trial, and helps provide information to class members. Sue has over thirty years of experience as a legal assistant having worked for Miller Shah for 23 years and, before that, worked for 12 years at an insurance defense firm in Philadelphia, where her responsibilities included assisting attorneys with workers' compensation, personal injury, and professional liability defense.



# Marialisa Samo

Paralegal *San Diego, CA Office* msamo@millershah.com

Marialisa joined Miller Shah in 2021. Prior to joining Miller Shah, Marialisa worked at Shepherd, Finkelman, Miller & Shah, LLP since 2019.

Marialisa has over 20 years of experience as a paralegal specializing in all aspects of civil litigation. At the Firm, Marialisa supports attorneys in nearly all phases of litigation from initial filings through trial. Marialisa graduated with academic distinction from San Diego State University and holds a bachelor's degree in Criminal Justice Administration. Additionally, Marialisa earned a paralegal certificate from the University of San Diego's ABA-approved Paralegal Program.

Marialisa has assisted attorneys in different areas of the law ranging from real estate matters, residential evictions, unlawful detainer lawsuits, judgment enforcement, and domestic and foreign business formation. Marialisa also has assisted in the preparation, filing and management of litigation documents in state, federal, and appellate courts. She also assists in managing the Firm's San Diego office.



# Caroline D. Soper

Project Analyst *New York, NY Office* cdsoper@millershah.com

Caroline joined Miller Shah in 2023. Caroline graduated from Columbia University with her Bachelor of Arts in Ecology and Evolutionary Biology in 2021 and received her Master of Public Health from Columbia's Mailman School of Public Health in 2023. Caroline concentrates on complex litigation, with a focus on whistleblower, ERISA, and employment matters.