**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-CV-24485-ALTMAN/Hernandez**

ARON REYNOLDS, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CITADEL SECURITIES LLC and VIRTU AMERICAS LLC,

Defendants.

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF MOVANT DUC TO TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE SELECTION OF LEAD COUNSEL**

Laurence M. Rosen, hereby declares under penalty of perjury:

1. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen Law"), Proposed Lead Counsel for Lead Plaintiff Movant Duc To ("Movant"). I make this Declaration in support of the Movant's motion to: (1) appoint Lead Plaintiff; and (2) approve the selection of Rosen Law as Lead Counsel. I am an attorney duly licensed to practice in the State of Florida and before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5. Attached hereto as Exhibit 4 Rosen Law's firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: August 28, 2026

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq., Fla. Bar No. 0182877

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen
Laurence M. Rosen