# Exhibit 3

**Genius Group Limited Loss Chart**
**Class Period: April 12, 2022 through May 30, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $0.95 |
| Duc To | 8/3/2023 | 1,185 | ($7.61) | ($9,017.85) | 8/3/2023 | 2,502 | $7.07 | $17,689.14 | | | | |
| | 8/3/2023 | 1,317 | ($7.27) | ($9,574.59) | | | | | | | | |
| | 8/3/2023 | 27,190 | ($6.54) | ($177,822.60) | | | | | | | | |
| | | 29,692 | | ($196,415.04) | | 2,502 | | $17,689.14 | 27,190 | $25,830.50 | ($152,895.40) | |